# EXHIBIT A

**EXAMPLE OF A DOTICOM PURCHASE ORDER**

**INTCOMEX**

Tel: 305 477-6230   Fax: 305 477-5694

Software Brokers of America, INC
3505 NW 107th Avenue
Doral, Fl. 33178
United States

**SO Credit**
299081
1 of 1

Customer: XUS13924
Terms: Net 60 days

Location: m1
Sales Person: USTB - Inside sales Miami

RM-No: 183871
Date: 01/17/19

**Sold To:**
Doticom Corp
2475 NW 95th Ave suite 6
Doral          , FL   33172

**Ship To:**
Doticom Corp
2475 NW 95th Ave suite 6
Doral, FL   33172

| Item # | Product / Description | Ordered | Shipped | UM | Price | Ext Amt |
|---|---|---|---|---|---|---|
| | customer return item | | | | | |
| MM104JBL09 | JBL Speaker Charge 4 Bluetooth Black | 110- | 110- | ea | 101.00 | 11110.00- |
| MM104JBL12 | JBL Speaker Charge 4 Bluetooth Gray | 80- | 80- | ea | 101.00 | 8080.00- |

For Warranty Information, please see Terms & Conditions of Sale at www.intcomex.com/us/terms/terms.pdf

**TOTAL:   -$19,190.00**

[ftem]