# EXHIBIT B

## LINE OF CREDIT APPLICATION

# SOFTWARE BROKERS OF AMERICA, INC
## d.b.a INTCOMEX
### APLICACIÓN DE CLIENTE

3505 N.W 107th. Ave. Doral, Fl 33178
Tel: (305) 477-6230 Fax: (305) 477-5694

INTCOMEX ☐         IAS ☐

POR FAVOR COMPLETE Y ENVIE A: INTCOMEX, 3505 N.W 107th. Ave. Doral, Fl 33178
Atención: Departamento de Crédito

Aplicación para: Efectivo:___ Cheque de Cía: ✗ Tarjeta de Crédito:___ Terminos___
Usted ha solicitado crédito en Intcomex, anteriormente? [ ] Si [✗] No. Límite de Crédito deseado: $___

**1- INFORMACION DE LA COMPAÑIA**

Nombre de Compañía: DOTCOM CORP      N° de contribuyente (RUC/CUIT):___      Fecha:___
Nombre Ficticio: iMONSTER PARTS       Nombre del grupo económico:___
Dirección: 2475 NW 95TH AVE SUITE #6   Barrio:___   Ciudad: DORAL
País: USA   Código Postal: 33172   Teléfono:___   Fax:___   E-mail: EAVIDELA@doricom corp.com
Dirección de la sucursal:___   Barrio:___   Ciudad:___   País:___
N° de contribuyente (RUC/CUIT):___   Teléfono:___   Fax:___   E-mail:___
Página Web:___   Tipo de Empresa: [ ] UNIPERSONAL [ ] SRL [ ] SA [✗] LTDA [ ] Micro-Empresa
Fecha de fundación:___   N° registro:___   Último registro: Fecha: / /   Número:___
Capital social:___   Control accionario: [ ] Estatal [✗] Nac. Privado [ ] Extranjero
Vol de Ventas Anuales:___   N° de Locales:___   % de Ventas Brutas: Hardware %:___ Software %:___

**2- COMPRADORES AUTORIZADOS**

| Nombre | Teléfono | Fax | E-mail |
|---|---|---|---|
| #1- ESTEBAN VIDELA | 9545975463 | | EAVIDELA@doricomcorp.com |
| #2- | | | |
| #3- | | | |

**3- DIRECCION PARA FACTURAR**

Dirección: 2475 NW 95TH AVE Suite #6
Barrio: DORAL   Código Postal: 33172   Municipio:___
Teléfono: 1-800-733-9019   Fax:___   Telex:___   E-mail:___
N° contribuyente (RUC/CUIT):___   Inscripción Municipal:___

**4- INSTRUCCIONES DE EMBARQUE**

Dirección: 2475 NW 95 AVE Suite #6
Barrio: DORAL   Código Postal: 33172   Municipio:___
Teléfono:___   Fax:___   Telex:___   E-mail:___
N° contribuyente (RUC/CUIT):___   Inscripción Municipal:___

**5- DIRECCION PARA LA COBRANZA** (Completar si es diferente a la dirección del punto No. 3)

Dirección:___
Barrio:___   Código Postal:___   Municipio:___
Teléfono:___   Fax:___   Telex:___   E-mail:___
N° contribuyente (RUC/CUIT):___   Inscripción Municipal:___

Source: WEB

| Participante | Empresa | Cargo | % Participación |
|---|---|---|---|
| (1). | | | |
| (2). | | | |
| (3). | | | |
| (4). | | | |

**15- SEGUROS**

| Tipo(s) de Póliza(s): | Valor:(Dlrs Americano) | Vencimiento: | Aseguradora: |
|---|---|---|---|
| (1). | | | |
| (2). | | | |
| (3). | | | |

**16- REFERENCIAS COMERCIALES (Proveedores)**

1ra. Empresa:                                           Nombre de el Contacto:
Dirección:
Teléfono:          Fax:        E-mail:          Número de la Cuenta:
2da. Empresa:                                          Nombre de el Contacto:        Tel/Fax:
Dirección:
Teléfono:          Fax:        E-mail:          Número de la Cuenta:
3ra. Empresa:                                          Nombre de el Contacto:        Tel/Fax:
Dirección:
Teléfono:          Fax:        E-mail:          Número de la Cuenta:

**17- REFERENCIAS BANCARIAS**

1-Nombre: CHASE BANK        Nombre de el contacto: JAIME PAUCAR        Tel./Fax: 954-421-9354
Dirección:                                                  Fecha de Apertura de la Cuenta:
N° de Cuenta de Cheque: 766297?0        N° de Cuenta de Ahorro:        Cuenta de Préstamo N°:
2 Nombre del Banco:                     Nombre de el contacto:           Tel./Fax:
Dirección:                                                  Fecha de Apertura de la Cuenta:
N° de Cuenta de Cheque:        N° de Cuenta de Ahorro:        Cuenta de Préstamo N°:

**18-INFORMACION DE TARJETA DE CREDITO**

| Número de Visa: | Fecha de Exp.: | Nombre en la tarjeta |
| Número de Master: | Fecha de Exp.: | Nombre en la tarjeta |

Información de la Tarjeta de Credito, como autorización original autenticada, Fotocopia clara de la Tarjeta de Credito (frente y reverso). Fotocopia de una Identificación como Cédula o Pasaporte, deben ser enviadas a **Intcomex**. Sólo se aceptarán Tarjetas de Credito de los dueños o socios de la empresa.

Firma: _[signature]_                                    Firma:
ACLARACION DE FIRMA: ESTEBAN VIDELA        ACLARACION DE FIRMA:

**# ANEXO / OBSERVACION / FIRMA**

Esta aplicación deberá estar acompañada por los siguientes documentos:
Contrato Social,( acta de constitución) Si es Sociedad Anónima, para la sociedad, Estatuto Social, Copia de los últimos dos años de Estados Financieros, Copia de Pasaporte o licencia.

DECLARAMOS QUE TODA LA INFORMACION SUMINISTRADA, QUE CORRESPONDE A LA EMPRESA ES REAL Y VERDADERA

Fecha: 9-26-19  de _____ de 200__, Ciudad: _____, País: _____

_[signature]_
FIRMA AUTORIZADA                          FIRMA AUTORIZADA
ACLARACION DE FIRMA: ESTEBAN VIDELA       ACLARACIÓN DE FIRMA:
N° de Documento:                           N° de Documento:

Source: WEB

### 6- ACTIVIDADES

| Rama/actividad: Cellular Phones | Nº de Empleados 7 | |
|---|---|---|
| Principales productos: Cellular Parts | % de la facturación | Ventas último ejercicio: 350,000 = |
| 1- | | Compras último ejercicio: |
| 2- | | Importación último ejercicio: |
| 3- | | Exportación último ejercicio: |

Plazo medio de:

| Cobro de Ventas: | Días | Rotación de Inventario: | Días | Pago de Compras: | Días |

### 7- LINEA DE PRODUCTOS COMERCIALIZADA (% de la facturación)

| Microcomputadores % | Red/software % | Red/hadware % | Impresora % | Accesorios y componentes % 10 |
| Comunicación % 10 | Servidores % | Periféricos % | Otros: (Especificar) CELL PARTS 80 | |

### 8- SEGMENTOS

| [X] Mayorista | [X] Venta al usuario final | ( ) Estatales | ( ) Reventa corporativa |
| ( ) Hiper/supermercado | ( ) Librería / papelería | ( ) Catálogos telemarketing | ( ) Integrados /VAR |
| ( ) Fabricante | ( ) Tiendas especializadas (informática) | ( ) Otros:(Especificar) | |

### 9- ACCIONISTAS O SOCIOS

| Nombre: | Nº contribuyente (RUC/CUIT) | Nacionalidad | Acciones s/ voto % | Acciones c/voto % |
|---|---|---|---|---|
| 1- Gabriel Moresco | | Argentina | 19.52 | |
| 2- Esteban Videla | | Argentina | 19.51 | |
| 3- Michel Albrecht | | Colombia | 10 | |
| 4- Ignacio Leon | | Argentina | 51 | |

### 10- BIENES INMUEBLES DE LA EMPRESA

| Tipos: | Valor Mercado | Localización | Nº de Registro o Finca |
|---|---|---|---|
| 1- | | | |
| 2- | | | |
| 3- | | | |
| 4- | | | |

### 11- BIENES PATRIMONIALES DE SOCIOS

| Socios: | Valor Mercado: | Tipo/descripción/Local de los bienes: | Nº de Registro o Finca: |
|---|---|---|---|
| 1- | | | |
| 2- | | | |
| 3- | | | |
| 4- | | | |

### 12- DIRECTORES O GERENTES

| Nombre | Nº contribuyente (RUC/CUIT) | Cargo | Nacionalidad |
|---|---|---|---|
| 1- Gabriel Moresco | | PS | Argentina |
| 2- Albrecht Michel | | | Colombia |
| 3- Esteban Videla | | | Argentina |

### 13- PARTICIPACION EN OTRA EMPRESA (Inclusive anteriores)

| Nombre de la empresa en que participa: | Ciudad | %Capital | Capital Social |
|---|---|---|---|
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |

Source: WEB