# EXHIBIT C

## INDEPENDENT CONTRACTOR AGREEMENT

**INTCOMEX**
3505 NW 107th Ave
Doral, FL 33178
United States
Tel: 305 477-6230   Fax: 305 477-5694

## Customers Statements

Issue To:
Doticom Corp
2475 NW 95th Ave suite 6
DORAL
United States
Credit Limit: 1
Terms: n60

Phone #: 305-546-4026
Fax #:

| | |
|---|---|
| Cust #: | XUS13924 |
| Date: | September 17, 2019 |
| Statement Date | Sep 16, 2019 |
| Page: | 1 of 1 |

| Current | Over 30 | Over 60 | Over 90 | Over 120 | + 120 | Total Balance |
|---|---|---|---|---|---|---|
| 12,589.82 | 6,289.30 | 6,294.91 | 6,294.91 | 5,528.05 | 419,660.96 | 456,657.95 |

| Date | Transaction | OC Customer | Due Date | Trans. Type | Charges | Balance | Currency |
|---|---|---|---|---|---|---|---|
| 01/24/2019 | 1148187 | 19158 | 03/25/2019 | Invoice | 162,381.44 | 105,085.66 | us |
| 01/24/2019 | 1148192 | PO19158-1 | 03/25/2019 | Invoice | 195,234.50 | 195,234.50 | us |
| 01/28/2019 | 1148592 | 0128 | 03/29/2019 | Invoice | 1,966.44 | 1,966.44 | us |
| 01/29/2019 | 1148765 | 0129 | 03/30/2019 | Invoice | 66,250.00 | 66,250.00 | us |
| 01/31/2019 | 1149292 | | 04/01/2019 | Invoice | 27,387.00 | 27,387.00 | us |
| 02/01/2019 | 1149629 | PO19199 | 04/02/2019 | Invoice | 22,977.36 | 22,977.36 | us |
| 02/01/2019 | 1149630 | | 04/02/2019 | Invoice | 760.00 | 760.00 | us |
| 04/08/2019 | 94861 | | 06/07/2019 | FC Invoice | 5,528.05 | 5,528.05 | us |
| 05/08/2019 | 95006 | | 07/07/2019 | FC Invoice | 6,294.91 | 6,294.91 | us |
| 06/08/2019 | 95138 | | 08/07/2019 | FC Invoice | 6,294.91 | 6,294.91 | us |
| 07/08/2019 | 95278 | | 09/06/2019 | FC Invoice | 6,294.91 | 6,294.91 | us |
| 08/08/2019 | 95408 | | 10/07/2019 | FC Invoice | 6,294.91 | 6,294.91 | us |
| 09/08/2019 | 95560 | | 11/07/2019 | FC Invoice | 6,294.91 | 6,294.91 | us |
| 09/11/2019 | 313093 | | 09/11/2019 | Credit Note | -5.61 | -5.61 | us |

| Last Payment Date | Last Payment Amount |
|---|---|
| 1/31/19 | -50,000 |

| | |
|---|---|
| Total Invoices: | $456,663.56 |
| Total Credits: | $5.61 |
| Total Payments: | $0.00 |
| Total Balance | $456,657.95 |



| Customer Name: | Doticom Corp | |
|---|---|---|
| Please Remit Payment To: | | |
| **Checks** | **Wire Transfers** | **Amount Past Due** |
| INTCOMEX | Bank : PNC Bank,N.A. | |
| 3505 NW 107th Ave. | Address: Two Tower Center Blvd. 21 st Floor East Brunswick,NJ 08816 USA | |
| Doral, FL 33178 United States | ABA # 0312-07607 | |
| | Swift # PNCCUS33 | |
| | Acct Name: Software Brokers of America,INC. D/b/a Intcomex | |
| | Account #: 8026564679 | 444,068.13 |

Note: All past due invoices are subject to 1.5 % per month.