# EXHIBIT D

## THE LETTER



221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917

T: 787.766.7000 • F: 787.766.7001

September 20, 2019

Estaban Videla
CEO
Doticom CORP.
2475 NW 95th Ave Suite #6
Doral, FL 33172
Email: eavidela@doticomcorp.com

Gabriel Moresco
President
Doticom CORP.
2030 NW 95th Ave
Doral, FL, USA 33172
Email: gabo@doticomcorp.com

Re: **Collection of Monies / Cease and Desist**

Dear Messrs Videla and Moresco:

    We are counsel to Software Brokers of America, Inc. ("Intcomex") and have been retained to demand that Doticom Corp. ("Doticom") comply with its payment obligations (as set forth herein) and to address certain unlawful conduct that includes, but is not limited to, the breach of certain confidentiality obligations and copyright infringement. As we will outline in this communication, Intcomex demands a full and immediate response from Doticom, and its principals, that is compliant with the demands set forth herein.

    Accordingly, Doticom has accrued an outstanding debt with Intcomex which as of September 16, 2019, amounts to $456,657.95. Failure to pay this amount in the next ten (10) days will leave us no choice but to pursue alternative remedies to collect this debt.

    In addition, as you are aware, Esteban Videla ("Videla") executed an Independent Contractor Agreement ("Agreement") with Intcomex on May 4, 2015. A copy of said Agreement is attached to this communication as **Exhibit A**. Despite the fact that the Agreement was entered into by Videla in his personal capacity, Videla assigned the benefits of the Agreement to Doticom by specifically requesting that Intcomex make all payments relating to the Agreement to Doticom instead of to Videla personally, thereby binding Doticom to all of the obligations under the Agreement. Videla and Doticom have jointly and severally breached the confidentiality provisions of the Agreement by using, without authorization, confidential information obtained by Videla during his contract with Intcomex. Intcomex's damages due to this breach are ongoing and will continue until Doticom and Videla cease their use of Intcomex's confidential information.

    Finally, Doticom's website has infringed on Intcomex's rights under the Copyright Act of 1976, 17 U.S.C. §101, *et seq*. (hereinafter the "Copyright Act"). Specifically, and without limitation, Doticom has, without authorization, reproduced (either identically or substantially) Intcomex's original content (the "Intcomex Works")



221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917

T: 787.766.7000 • F: 787.766.7001

and by doing so, has reproduced, adapted, publicly displayed, and distributed the Intcomex Works without authorization. Doticom's unauthorized use of the Intcomex Works can be clearly seen in the following examples:

| Intcomex Work | Doticom's Infringing Work (the "Infringing Material") |
|---|---|
|  | |

Clearly, Doticom did not bother to even try to create its own content. Opting instead of blatantly and intentionally copying the Intcomex Works in violation of the Copyright Act. In view of the foregoing, and without waiving any rights or remedies, Intcomex hereby demands that Doticom:

> (i) immediately cease any unauthorized use of the Intcomex Works and the Infringing Material in any media or publication (including, but not limited to, any web page, web site or any other publication);

> (ii) permanently remove any and all copies of the Intcomex Works and the Infringing Material, and all variations and depictions thereof from any media or publication (including, but not limited to, in any web page, web site or any other publication); and

> (iii) immediately stop distributing any materials or publications that include or portray the Intcomex Works and the Infringing Material, which includes pulling any materials or publications that include or portray the Intcomex Works and the Infringing Material from all of its points of distribution.

Given the foregoing, if Doticom does not comply with these requests within five (5) days from the date of receipt of this communication, our client will have no alternative but to commence immediate legal action against Doticom, and its principals, in which we will seek all available legal remedies under the applicable laws (including, but not limited to, an injunction against further infringing uses of the Intcomex Work (or of works that are substantially similar to the Intcomex Work), request the indemnification of substantial monetary damages for each act of infringement, and any other civil and/or criminal action deemed necessary to enforce and protect Intcomex's proprietary rights, including attorneys' fees, in addition to the disgorgement of all profits attributable to the infringement.



221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
T: 787.766.7000 • F: 787.766.7001

This communication is sent without prejudice to Intcomex's rights and claims, all of which are expressly reserved. Failure to adequately respond to this communication will lead us to conclude that Doticom, nor its principals, are interested in a quick and amicable solution.

Sincerely,

José A. Díaz Brugueras

Jean G. Vidal Font