# EXHIBIT E

## REGISTRATION

**Registration #:** TX0008801580
**Service Request #:** 1-8253756101

## Mail Certificate

Ferraiuoli LLC
Jean Vidal-Font
221 Ponce de Leon Avenue
5th Floor
San Juan, PR 00917

**Priority:** Special Handling     **Application Date:** November 14, 2019

## Correspondent

**Organization Name:** Ferraiuoli LLC
**Name:** Jean Vidal-Font
**Email:** jvidal@ferraiuoli.com
**Telephone:** (787)766-7000
**Fax:** (787)766-7001
**Address:** 221 Ponce de Leon Avenue
5th Floor
San Juan, PR 00917

**Registration Number**
**TX 8-801-580**
**Effective Date of Registration:**
November 14, 2019
**Registration Decision Date:**
November 15, 2019

## Title

      **Title of Work:** Accessories sell Out Strategy

## Completion/Publication

      **Year of Completion:** 2015
      **Date of 1st Publication:** January 04, 2016
      **Nation of 1st Publication:** United States

## Author

-       **Author:** Software Brokers of America, Inc.
      **Author Created:** text
      **Work made for hire:** Yes

## Copyright Claimant

      **Copyright Claimant:** Software Brokers of America, Inc.
      520 South Dixie Highway, Hallandale, FL, 33009, United States

## Rights and Permissions

      **Organization Name:** Software Brokers of America, Inc.
      **Address:** 520 South Dixie Highway
      Hallandale, FL 33009 United States

## Certification

      **Name:** Jean Vidal-Font
      **Date:** November 14, 2019

**Correspondence:** Yes