# EXHIBIT F

**INTCOMEX WORKS**

