# EXHIBIT G

**WEBSITE**







# INTCOMEX

We are the leading platform in distribution solutions, technology products & services in Latin America & the Caribbean



Main regional distribution center providing weekly container shipments to each country



More than **50,000** data base customers in 2014

Full distribution infrastructure in **12 countries** with full sales & marketing, purchasing, logistics and support.

**Partner with the top brands in the market**

**Direct sales to 41 countries**

**2000 + employees in 22 distribution facilities and 1 consolidation center in China**

**$1.5 Billion in sales** with a 16% average CAGR since 2002

We have 26 years of success growing with our employees, vendors and customers

**Intcomex** is the team with the most coverage in the region



- Miami
- Mexico
- Guatemala
- El Salvador
- Costa Rica
- Panama
- Jamaica
- Colombia
- Ecuador
- Peru
- Bolivia
- Chile
- Uruguay
- Honduras
- Nicaragua



**General local support**
- Argentina
- Trinidad & Tobago
- Dominican Republic



# WHY INTCOMEX
## SYNONYM OF DISTRIBUTION IN LATIN AMERICA



### EXPERTISE
**Experience** and established credibility in Latin America for over 25 years

### LOCAL PRESENCE
**Local infrastructure**, management and on-the-ground team to provide the day to day support to our 44K customers

### SYSTEMS DRIVEN
Capability to provide **Business Intelligence** and visibility to manage the complete value chain from beginning to end

### OPERATIONAL EFFICIENCY
Driven by the **focus on processes**, metrics and KPI's

### FINANCIAL MUSCLE
Ability **to** purchase large quantities of products from OEMs and to distribute into a **fragmented** customer base

### COMMERCIAL & MARKETING CAPABILITIES
**Connect brands** with the consumers through different Intcomex distribution channels, delivering the brand's image and experience

# OUR OPERATIONS

On a monthly basis, we do an average of the following operational metrics



95K — Invoiced transactions

120K — Customer calls

+4M — Products sold

18K — Active Customers

33K — Web Transactions



# OUR VALUES & CULTURE

Our vision is to expand our influence in the fast growing Latin America technology industry, while keeping our customers at the forefront of the organization's overall success



LONG TERM PARTNERSHIP

COMMITMENT

TRUST

LOYALTY

RESPECT

HARD WORK





# OUR BUSINESS

## We have **14 business divisions** working with the **leading brands**

Accessories & Retail Services 

Electronics 

Printing 

Gaming 

Mobile 

Components 

Peripherals 



Computer & Portability


Point of Sale

Security 

Servers & Networks 

Software 

Supplies

Cloud 

# DISTRIBUTION CHANNELS

We aim to create the best shopping experience with interactive solutions that eliminate barriers and offer a more valuable experience on the sales floor and more visibility for your brand

RESELLERS



VALUE ADDED RESELLERS



ENTERPRISE RESELLERS



RETAILERS



E-TAILERS & MARKETPLACES





OPERATORS & SERVICE PROVIDERS



SECURITY SPECIALIZED RESELLLERS



APPLE PREMIUM RESELLERS



SPECIALTY STORES





# OUR SERVICES

POS Management

Category Management

Financing

Bundles & Kitting

Supply Chain Management

Marketing

Accounts Receivable Management

Inventory Management

Logistics Services

Presales Engineering

Training

Channel Development

Reverse Logistics

Analytics & KPI's

Post Sale Services

Merchandising

Customization

Operations Services



We aim to create the best shopping experience with interactive solutions that eliminate barriers and offer a more valuable experience on the sales floor and more visibility for your brand



MIX
& MERCHANDISING



TRAINING



MARKETING



MARKET
ANALYSIS



# FULL SERVICE DISTRIBUTION

We focus on improving Brand reach and execution, generating higher performance of the Retail space; providing a product category segmentation adapted to the market needs.

Our services focus on increasing brand exposure and Sell out.

## OUR WAY

Dedicated Sales Team

Local Inventory

Training

Digital Marketing

Store Checkers

Sales Promotors

Data Analysis

Sales floor analysis

Product Management

Product mix and portfolio selection by channel

Planogram development

Display design, implementation and maintenance

Creation and implementation of POP material

Specialized promotion of product by channel



# CLIENT-BASED SELECTION AND STRATEGY

# PROCESS
## Retail Analysis





# GO-TO-MARKET SERVICES

## GTM=TTM+BTL+AT L

The Sales Manager is the primary party responsible for the the successful planning and implementation of a GTM strategy for the respective accounts, while he/ she will have the support of the Category Manager, PM, Marketing Manager, Trade Marketing and Logistics so as to facilitate such mission.

RETAIL 2.0 INTCOMEX



# RETAIL ANALYSIS

## UNDERSTANDING YOUR STRATEGY AND GTM CUSTOMIZATION

We analyze the strengths of the target retail through the model of competitive advantages, segregating our customers by their nature of action in the market:

- Cost leadership



- Differentiation



- Shopper Approach



We create value-added systems for each channel that are hard for our competitors to replicate, it is difficult to achieve due to the level of training and discipline inherent to our human talent at Intcomex.

We incorporate an evaluation of the five major customer-facing activities through which retailers can visually differentiate themselves in the marketplace: place, product, value, communication and people.



# FALABELLA EXAMPLE

## Retail Sector Results
### (January - March Year, $MMM USD)

| | 2018 | 2017 | % Var. |
|---|---|---|---|
| **Earning / loss, attainable to the owners** | | | |
| Falabella | 175.8 | 179.3 | -1.9 |
| Cencosud | 80.1 | 104.1 | -23 |
| Ripley Corp | 15.7 | 9.5 | 65.1 |
| Forus | 9.1 | 9.8 | -7.6 |
| Empresas Hites | 2.6 | 3.9 | -32.2 |
| Empresas La Polar | - 4.0 | - 0.9 | 325.8 |
| **TOTAL** | **279** | **306** | **-8.6** |
| **Ordinary Activity Incomes** | | | |
| Cencosud | 3,755.3 | 3,911.5 | -4 |
| Falabella | 3,115.9 | 3,019.1 | 3.2 |
| Ripley Corp | 577.6 | 574.1 | 0.6 |
| Empresas La Polar | 140.6 | 141.8 | -0.8 |
| Empresas Hites | 111.6 | 111.5 | 0.1 |
| Forus | 94.3 | 95.1 | -0.9 |
| **TOTAL** | **7,795** | **7,853** | **-0.7** |
| **Sales Cost** | | | |
| Cencosud | 2,664.2 | 3,911.5 | -3.8 |
| Falabella | 2,028.4 | 1,967.6 | 3.1 |
| Ripley Corp | 358.8 | 361.0 | -0.6 |
| Empresas La Polar | 93.1 | 88.9 | 4.7 |
| Empresas Hites | 68.3 | 67.5 | -1.6 |
| Forus | 43.5 | 44.2 | -1.6 |
| TOTAL | **5,256** | **6,441** | -0.8 |
| **Cash Flow** | | | |
| Falabella | 5.3 | - 69.0 | - |
| Ripley Corp | - 1.3 | 1.1 | - |
| Forus | - 1.9 | 3.4 | - |
| Empresas La Polar | - 8.6 | - 12.2 | - |
| Empresas Hites | - 8.7 | - 3.2 | - |
| Cencosud | - 89.4 | - 107.5 | - |
| **TOTAL** | **- 104.6** | **- 187.4** | - |

(*) : Consolidated Balance Statements
Source: Strategy based on Financial Sateent under IFRS norms

31/03/2018 delivered to the SVS

- Chilean retail has a -8.6% decline 1Q 0'17 vs 1Q 0'18

- Falabella (-1,9%), Cencosud (-23%), Empresas Hites (-32,3%) y Forus (-7,6%)

- That decline was partially offset by the significant advance noted by Ripley Corp, which increased its profits by 65.1%.

- Falabella accounted for 62.9% of total earnings in the sector in March, up from 58.6% in the first three months of 2017

- Falabella's revenues increased 2.8% in the first quarter to Ch$2,188,435 million (US$3,627 million). Excluding the exchange rate effect, they would have increased 7.4%

- In Falabella Chile, own and exclusive brands partially offset the lower contribution of the hard lines (technology and home) as a result of a weak consumer context and high promotional activity.

- The biggest growth was in e-commerce. The online channel for retail businesses (department stores, home improvement and supermarkets) showed an increase of 28.3% over the first quarter of last year, with sales reaching $109.969 billion (US$ 182 million). Online sales of these three units totaled US$ 823 million in the last 12 months.


RETAIL 2.0 INTCOMEX

# FALABELLA EXAMPLE



## MISSION
To generate an innovative offer of products and services of good quality, at convenient prices and with solutions tailored to each market, for people and the home, throughout their life cycle, being leaders and with sustainable development.

## VISION
To contribute to the improvement of the quality of life of our clients in each of the communities in which we operate.

## CORE VALUES

### HONESTY
Sincerity and truth will be a hallmark of all our relationships.

### VOCATION OF SERVICE
We will provide the best service to our customers and exceed their expectations.

### INITIATIVE
We contribute with our own ideas.

### COMMITMENT
We feel as our own what happens in our company.

### TEAM WORK
The superior results are the fruit of a joint effort.

### RESPECT
We maintain a permanent attitude of respect for our colleagues, collaborators, customers and suppliers.

# FALABELLA EXAMPLE




- IKEA has a franchise agreement with Chilean retailer Falabella It wants to open at least nine stores in Chile, Colombia and Peru over a period of 10 years and will sell through online sales channels in the three countries
- 52966 employees only in Chile
- 46% of the staff is under 30 years of age.
- 45% of the staff has worked at Falabella Companies for over 3 years.
- 41% Staff turnover
- 38.9 Training hours average
- 31368 active retail vendors

# FALABELLA EXAMPLE

## DEPARTAMENT STORES

| Chile | Perú | Colombia | Argentina |
|---|---|---|---|
|  | | | |
| **318.333 m²** | **176.962 m²** | **174.831 m²** | **58.426 m²** |
| Superficie de ventas | Superficie de ventas | Superficie de ventas | Superficie de ventas |
| **45** Tiendas | **29** Tiendas | **26** Tiendas | **11** Tiendas |
| **#1** Posicionamiento de mercado | **#1** Posicionamiento de mercado | **#1** Posicionamiento de mercado | **#1** Posicionamiento de mercado |

## DIY STORES

| Chile | Perú | Colombia | Argentina | Brasil | Uruguay |
|---|---|---|---|---|---|
|  | | | | | |
| **749.725 m²** | **371.714 m²** | **368.380 m²** | **85.941 m²** | **167.434 m²** | **24.849 m²** |
| Superficie de ventas | Superficie de ventas | Superficie de ventas | Superficie de ventas | Superficie de ventas | Superficie de ventas |
| **89** Tiendas | **56** Tiendas | **38** Tiendas | **8** Tiendas | **57** Tiendas | **3** Tiendas |
| **#1** Posicionamiento de mercado | **#1** Posicionamiento de mercado | **#1** Posicionamiento de mercado | **#2** Posicionamiento de mercado | **#4** Posicionamiento de mercado | |

## SUPERMARKET /SELFSERVICE STORES

| Chile | Perú |
|---|---|
|   | |
| **212.115 m²** | **234.017 m²** |
| Superficie de ventas | Superficie de ventas |
| **64** Tiendas | **65** Tiendas |
| **#4** Posicionamiento de mercado | **#3** Posicionamiento de mercado |

## FINANCIAL SERVICES

| Chile | Perú | Colombia | Argentina | México |
|---|---|---|---|---|
|  |  |  |  | |
| **2.525.311** | **990.718** | **1.102.957** | **506.848** | **115.635** |
| #cuentas CMR con saldo | #cuentas CMR con saldo | #cuentas CMR con saldo | #cuentas CMR con saldo | #cuentas CMR con saldo |
| **98** Sucursales Bancarias | **77** Sucursales Bancarias | **86** Sucursales Bancarias | **58.774** Pasajeros Viajes Falabella | |
| **241.018** Pasajeros Viajes Falabella | **51.891** Pasajeros Viajes Falabella | **79.403** Pasajeros Viajes Falabella | | |
| **#1** Posicionamiento de mercado Tarjetas de Crédito | **#1** Posicionamiento de mercado Tarjetas de Crédito | **#4** Posicionamiento de mercado Tarjetas de Crédito | | |

³ Colocaciones a noviembre 2017
⁴ Colocaciones a noviembre 2017
⁵ Colocaciones a septiembre 2017

# EXAMPLE FALABELLA (PARTIAL)



**Est**
Expansion
Falabella POS count 45 (Included e-commerce)
Falabella Connect POS count 4
Tottus POS count 55
Sodimac POS Count 49

**Est**
Scale
Bargaining power

# COMPARISON SEGMENTATION- RETAIL

## * DIFFERENTIATION ON SPECIALIZED AREAS

| | IPT | ASP | ARP | Merchandisng | Training | Staff turnover |
|---|---|---|---|---|---|---|
| **Travel Channel** | High | High | High | Experience | High | Low |
| **APR*** | Medium | Alto | High opportunity | Categorization, experience tables, BBG | High | Medium –High |
| **Department** | Medium opportunity | Medium-high | High opportunity | Corners, experience tables, brand block, BBG, Adyacency,  Visual Merchandising | Medium | Medium |
| **Specialist** | High opportunity | Medium-high | High opportunity | Cross selling, categorization, wall exhibition, store window, cashier sale | High | Medium |
| **Telco*** | High opportunity | Medium – Low | High opportunity | Wall exhibition, experience table, adyacency | Low | Low |
| **Traditional** | Medium –high opportunity | Medium | Medium opportunity | Display cabinets, experience table, wall exhibition | High | High |
| **Price club** | | Medium | | End caps, pallet shippers in & out | None | High |
| **Self service** | | Low | | Signage, wall exhibition | None | High |

# CHANNEL CONFLICT

| CHANNEL | CHARACTERISTICS |
|---|---|
| CONSUMER | VALUE SEARCH |
| E CHANNEL | CONVENIENCE |
| TIER 1 | DIFFERENTIATION |
| TIER 2 | STEP UP |
| TIER 3 | VOLUME |
| RESELLERS | MARGIN DISAGREEMENTS |
| DISTRIBUTORS | SCALABLE – REPLICABLE – PACKABLE |
| BRAND | CATEGORIES |



POS & DATA  ANALYSIS

# OVERVIEW

- Sample: TOP 5 stores: Ahumada, Costanera, Parque Arauco, Oeste y Vespucio.

- Adjacency and cross-selling are analyzed, with the result that only one in five stores has a gaming peripherals exhibition next to or near the gaming notebook experience table.

- The main reasons indicated by store administrators for not cross selling exhibitions is due to "security" and "robbery" prevention

- All product mix are in in other CE areas away from gaming hardware exhibition

- No brand blocks

- No Best, Better, Good exhibition

- Small diferentiation between regular peripherals and gaming peripherals

- Low corresponcy between hardware price and peripheral price

- Passive promoters



# STORE LAYOUT

Freehand stroke store layout

Final store layout





# COSTANERA STORE







**Gaming table Side  A**          **Gaming table side B**          **Wall exhibition**

Product adjacency in the gaming category is not met, the gaming notebook experience table displays sleeves on both sides.

# PLAZA OESTE STORE







**Gaming table Side  A**　　　**Gaming table side B**　　　**Wall exhibition**

No adjacency or cross-selling in relation with the gaming category, the gaming notebook table displays low ticket backpacks and mice

# DIAGNOSIS

- Lack of consistency, there are stores with exhibitions arranged by brand block, others by price point and on the last one, the "gaming" signage was found to have no correlation with the products on display.

- There is no planogram in place for hardware or peripherals.

- The visual priority for Fallabella is not about facilitating the purchase process, but rather to maintain a visually clean and organized image on the floor.





# WALL SHARE
## TRADE MARKETING REPORTING

### Wall Share (AVG/POS)



- Accessories
- Exclusive
- consumable
- peripheral
- Systems
- Software
- Consumer E
- Printing
- Mobile
- Others

### Intcomex Share (Avg/POS)

| | 100% | 80% | 60% | 40% | 20% | 0% | |
|---|---|---|---|---|---|---|---|
| | 50 | | | 38 | | | Accessories |
| | 23 | | 33 | | | | consumable |
| | 3 | 9 | | | | | Consumer E |
| | | 51 | | | | | Exclusive |
| | 4 | | 3 | | | | Mobile |
| | 1 | 5 | | | | | Networking |
| | 4 | 33 | | | | | peripheral |
| | 14 | | 9 | | | | Printing |
| | 1 | 12 | | | | | Software |
| | 21 | 11 | | | | | Systems |

■ Intcomex   ■ Otros distribuidores



# WALL SHARE
## TRADE MARKETING REPORTING

### # of SKU's (avg/POS)

### Spaces per store (avg/POS)





■ HP     ■ MICROSOFTH     ■ KLIP XTREME
■ Case Logic     ■ Canon     ■ EPSON
■ SANDISK     ■ GALAXY     ■ KINGSTON

■ MICROSOFTH     ■ HP     ■ KLIP XTREME
■ Case Logic     ■ EPSON     ■ Canon
■ MAXELL     ■ GALAXY     ■ NEXXT
■ FORZA     ■ Others

RETAIL 20
PINTCOMEX

# AUDIO PRICE BANDS REVIEW









# TRADE MARKETING

# ACTIVITIES



### Monitored
Price Mapping
Inventories & Suggested
Competition
Customer buyback Business
Opportunities

### Human Talent
Trainers
Supervisors
POS Personnel

### Communication & Design
Display & Exhibition
POP Material and signage
suggested settled to needs
Proposal of new materials

### Deliverables
Sell Out
Price mapping
Inventories and Suggestions
Wall Share
Opportunities
Activations

### KPI's
POS Coverage
GMROM
GMROL
Sales
Missing Sales

### Training
Model by competences
Brand, product and tech
Sales conceptualization
Specialist Programs
Evaluation
Virtual

trademarketing2.0

We work around 6 activities focused on brand development, measurement, human talent, integration and execution.

# FIX & FLEX STRUCTURE

To have the right balance between sell in --> sell out we invest in a profitable promoters team



Intcomex POS force scheme

Our two key positions are defined in Fix & Flex. By using a holistic process of selection, evaluation and compensation of properly managed personnel we decide the best fit for each.

# TRADE MARKETING



## POS STAFF

We design profiles, recruit and select staff according to the needs of the retailer and of our own brands. Quality is determined by choosing the right personnel.



## PRICE BAND ANALYSIS

Understanding the correct positioning of price points  is key prior to introducing a brand new line of products. During the product´s life cycle we observe the competition reaction to our retail price.

## BENCHMARKS

We conduct comparison studies between competitor´s and our own products  to determine if we are positioned at the front, or if we are considered a step-up, step-down or  a superior option  in terms of technology and value for the consumer.



## WALL SHARE

Position the initial shopper in the right wall so as to influence the decision-making process of the client to the extent of selecting the winning options indicated earlier. We are continually analyzing our positions as well as the positions of competitors



# POS STAFF




**MERCHANDISERS**
Staff dedicated to hold current exhibition positions and also gain additional floor space by negotiating with each POS visisted, keeping in mind that enough stock should always be kept at hand.





**FIXED-TERM PROMOTERS**
Specially assigned advisers to a POS with specific quotas that need to be met through permanent displays, direct sales to customers and product activations at the POS.

**CATEGORY SPECIALISTS**
Develop profiles to drive profitable experiences in POS, as well as cost-effective interactions for the client, the brand and the retailer taking advantage of their advanced knowledge of technology and advisory skills.





# MERCHANDISING



# MERCHANDISING AND POS

We focus on communicating and Educating consumers your brand message to boost profitability on the sales floor:

- Virtual or In-Store trainings
- Complementary sales accessories manuals
- Specialized training for store managers

**EXHIBITION**
- Maintenance of passive and active displays
- POS visit to collect data about: product, price, packaging
- Planograms maintenance
- Displays installation and exhibition maintenance

**POS PERSONNEL AND POS SALES FORCE**
- Specialized promo-sellers in your brand and products
- Spaces maintenance
- Increase of cross-selling and conversion rate
- Warranty tracking

**FLOOR SALES ANALYSIS**
- Execution and training results
- Visits, exhibition status and POS sales force monthly reports
- Product status report

# MERCHANDISING

## FURNITURE

We build solutions designed to showcase products of our exclusive brands, which would also project their value to customers by being efficiently marketed.





## PLANOGRAMS

The right position on wall displays maintains an acceptable product rotation. We always strive to provide guidance to customers and POS staff so as to accomplish this goal.









# MERCHANDISING

## CATEGORIZATION

By creating a category role, the retail strategy is defined and act upon those guidelines: Category KPIs – Product- Exhibtion — Merchandising – Staff – Category KPIs.

 

## SIGNAGE

Facilitates customer buying decision through the fast and accurate identification of the product or soluttion he/she is looking for.

 



# MERCHANDISING

## CREATION OF POP MATERIAL

Specialized designers in retail are focused on the creation of customized POS in order to achieve specific goals, such as impulse purchasing, education, cross-selling, or to increase the ASP










# ORIGINAL GAMING EXHIBITION







# COSTANERA CENTER



# UPPER VIEW – SINGLE TABLE



Free end-cap for open exhibition of peripherals

End cap – Networking category plus education

Price-range indicator with specifications, color coded

Suggest ad-hoc peripherals for the hardware ticket

Table cover with Best, Better Good categorization, in addition to peripheral recommendations



PLANOGRAMS

# SCHEMATIC PLANOGRAMS











# PLANOGRAM DATABASE

| Referencia | Categoría | Marca | Línea de marcas | Nombre | Caras | Número de unidades por caras | Capacidad | Anchura [cm] | Altura [cm] | Profundidad [cm] | Espacio lineal [cm] | Espacio lineal [%] | Superficie de las caras [cm²] | Superficie de las caras [%] | Volumen utilizado [cm³] | Volumen utilizado [%] | MSRP | Costo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 910-004506 | Productividad | Logitech | Mouse | 910-004506 | 1 | 7 | 7 | 14,00 | 20,00 | 3,00 | 14,00 | 5,22% | 280,00 | 6,71% | 5880,42 | 6,70% | ₡ 17.200,00 | ₡ 10.850,00 |
| 910-004466 | Productividad | Logitech | Mouse | 910-004466 | 1 | 7 | 7 | 14,00 | 20,00 | 3,00 | 14,00 | 5,22% | 280,00 | 6,71% | 5880,42 | 6,70% | ₡ 17.200,00 | ₡ 10.850,00 |
| EM-JE033-DR | Audio | House of Marley | audifonos | EM-JE033-DR | 1 | 7 | 7 | 8,00 | 15,00 | 3,00 | 8,00 | 2,98% | 120,00 | 2,88% | 2520,18 | 2,87% | ₡ 16.900,00 | ₡ 10.706,50 |
| EM-JE033-MI | Audio | House of Marley | audifonos | EM-JE033-MI | 1 | 7 | 7 | 8,00 | 15,00 | 3,00 | 8,00 | 2,98% | 120,00 | 2,88% | 2520,18 | 2,87% | ₡ 16.900,00 | ₡ 10.706,50 |
| MM100HOM65 | Audio - Audífonos | House of Marley | audifonos | EM-JE061-PH | 1 | 6 | 6 | 5,80 | 17,80 | 3,80 | 5,80 | 2,16% | 103,24 | 2,47% | 2354,03 | 2,68% | ₡ 9.990,00 | ₡ 4.822,30 |
| MM100HOM62 | Audio - Audífonos | House of Marley | audifonos | EM-JE061-BK | 1 | 6 | 6 | 5,80 | 17,80 | 3,80 | 5,80 | 2,16% | 103,24 | 2,47% | 2354,03 | 2,68% | ₡ 9.990,00 | ₡ 4.822,30 |
| MM100HOM66 | Audio - Audífonos | House of Marley | audifonos | EM-JE061-RA | 1 | 6 | 6 | 5,80 | 17,80 | 3,80 | 5,80 | 2,16% | 103,24 | 2,47% | 2354,03 | 2,68% | ₡ 9.990,00 | ₡ 4.822,30 |
| F2CU012BT04-WHT | Connectivity | Belkin | | F2CU012BT04-WHT | 1 | 9 | 9 | 10,00 | 13,00 | 2,50 | 10,00 | 3,73% | 130,00 | 3,12% | 2925,19 | 3,33% | ₡ 4.900,00 | ₡ 1.834,00 |
| F2CU036btBLK | Connectivity | Belkin | Cable | F2CU036BTBLK | 1 | 7 | 7 | 10,00 | 13,00 | 3,00 | 10,00 | 3,73% | 130,00 | 3,12% | 2730,19 | 3,11% | ₡ 10.990,00 | ₡ 7.032,00 |
| | | | | | 9 | | 62 | | | | 81,40 | 30,34% | 1369,72 | 32,83% | 29518,67 | 33,63% | | |
| ICB55BLK | Carga | iLuv | Cables | ICB55BLK | 1 | 9 | 9 | 8,00 | 18,00 | 2,50 | 8,00 | 2,98% | 144,00 | 3,45% | 3240,22 | 3,69% | ₡ 6.300,00 | ₡ 3.524,40 |
| ICB263BLK | Conectividad | iLuv | Cables | ICB263BLK | 1 | 7 | 7 | 7,62 | 17,27 | 3,05 | 7,62 | 2,84% | 131,61 | 3,15% | 2808,28 | 3,20% | ₡ 10.250,00 | ₡ 6.048,00 |
| CH160SDK15 | Almacenamiento | Sandisk | usb | SDSQUNC-016G-GN6MA | 1 | 46 | 46 | 10,20 | 15,20 | 0,50 | 10,20 | 3,80% | 155,04 | 3,72% | 3566,15 | 4,06% | ₡ 6.200,00 | ₡ 3.752,00 |
| CH160SDK06 | Almacenamiento | Sandisk | usb | SDCZ43-016G-G46 | 1 | 28 | 28 | 10,20 | 15,20 | 0,80 | 10,20 | 3,80% | 155,04 | 3,72% | 3473,13 | 3,96% | | |
| JBLGOBLUE | Audio | JBL | Speakers | Go Blue | 1 | 3 | 3 | 10,00 | 11,00 | 6,00 | 10,00 | 3,73% | 110,00 | 2,64% | 1980,16 | 2,26% | ₡ 18.450,00 | ₡ 13.138,40 |
| JBLGORED | Audio | JBL | Speakers | JBLGORED | 1 | 5 | 5 | 10,00 | 11,00 | 4,00 | 10,00 | 3,73% | 110,00 | 2,64% | 2200,16 | 2,51% | ₡ 18.450,00 | ₡ 13.138,40 |
| JBLT450BTBLK | Audio | JBL | Audifonos | JBLT450BTBLK | 1 | 5 | 5 | 18,00 | 21,00 | 4,00 | 18,00 | 6,71% | 378,00 | 9,06% | 7560,57 | 8,61% | ₡ 34.990,00 | ₡ 19.425,00 |
| JBLT450BLU | Audio | JBL | Audifonos | JBLT450BLU | 1 | 5 | 5 | 18,00 | 21,00 | 4,00 | 18,00 | 6,71% | 378,00 | 9,06% | 7560,57 | 8,61% | ₡ 20.550,00 | ₡ 11.711,00 |
| JBLT450BTWHT | Audio | JBL | Audifonos | JBLT450BTWHT | 1 | 5 | 5 | 18,00 | 21,00 | 4,00 | 18,00 | 6,71% | 378,00 | 9,06% | 7560,57 | 8,61% | ₡ 34.990,00 | ₡ 19.425,00 |
| | | | | | 9 | | 113 | | | | 110,02 | 41,00% | 1939,69 | 46,49% | 39949,81 | 45,52% | | |
| HX-P190GR | Audio | Jam | Speakers | HX-P190GR | 1 | 3 | 3 | 7,00 | 8,00 | 7,00 | 7,00 | 2,61% | 56,00 | 1,34% | 1176,08 | 1,34% | ₡ 12.990,00 | ₡ 7.934,00 |
| HX-P190BK | Audio | Jam | speakers | HX-P190BK | 1 | 3 | 3 | 7,00 | 8,00 | 7,00 | 7,00 | 2,61% | 56,00 | 1,34% | 1176,08 | 1,34% | ₡ 12.990,00 | ₡ 7.934,00 |
| HX-P190BL | Audio | Jam | speakers | HX-P190BL | 1 | 3 | 3 | 7,00 | 8,00 | 7,00 | 7,00 | 2,61% | 56,00 | 1,34% | 1176,08 | 1,34% | ₡ 12.990,00 | ₡ 7.934,00 |
| 24022037 | Carga | Huawei | Cargadores | 24022037 | 1 | 11 | 11 | 7,70 | 12,00 | 2,00 | 7,70 | 2,87% | 92,40 | 2,21% | 2032,94 | 2,32% | ₡ 19.490,00 | ₡ 12.027,00 |
| 24022036 | Carga | Huawei | Cargadores | 24022036 | 1 | 11 | 11 | 7,70 | 12,00 | 2,00 | 7,70 | 2,87% | 92,40 | 2,21% | 2032,94 | 2,32% | ₡ 19.490,00 | ₡ 12.027,00 |
| U7Z-00018 | Productividad | Microsoft | | U7Z-00018 | 1 | 4 | 4 | 12,00 | 14,00 | 5,00 | 12,00 | 4,47% | 168,00 | 4,03% | 3360,25 | 3,83% | ₡ 11.500,00 | ₡ 6.840,00 |
| MM100HOM46 | Audio - Speaker | House of Marley | speakers | EM-JA007-NV | 1 | 2 | 2 | 10,90 | 12,40 | 10,90 | 10,90 | 4,06% | 135,16 | 3,24% | 2946,69 | 3,36% | ₡ 32.500,00 | ₡ 20.919,00 |
| CH032SDK94 | Almacenamiento | Sandisk | usb | SDCZ71-032G-B35 | 1 | 76 | 76 | 7,60 | 12,70 | 0,30 | 7,60 | 2,83% | 96,52 | 2,31% | 2200,80 | 2,51% | ₡ 13.000,00 | ₡ 8.687,80 |
| JBLGOGRAY | Audio | JBL | | JBLGOGRAY | 1 | 5 | 5 | 10,00 | 11,00 | 4,00 | 10,00 | 3,73% | 110,00 | 2,64% | 2200,16 | 2,51% | ₡ 18.450,00 | ₡ 13.138,40 |
| | | | | | 9 | | 118 | | | | 76,90 | 28,66% | 862,48 | 20,67% | 18302,04 | 20,85% | | |



TRAINING

# TRAINING

Knowledge, great disposition and the right attitude are the prerequisites to create an experience that the customer can identify with.

We guide and train you to maximize the potential on the sales floor.



## 2017 TRAINING IN NUMBERS
- 750 people trained In-Store
- 160 people trained Online | Training App

- We start by creating a customized training manual for retail

- As a requirement, our staff is highly knowledgeable and experienced in the sales field

- Our structure adapts to the key demographic based on age and education level

- We have methods to identify training needs and design a specialized program that caters to a specific customer

- We tailor multimedia materials to the latest technology and in line with branding requirements

- Innovation is at the core of our business; we have developed our a training mobile app to compliment in-store training



# TRAINING SERVICES

## PRODUCT TRAINING
We develop specific content dealing with the technology adopted by our products and their competitive advantages.

## PROGRAMS FOR CATEGORY SPECIALISTS
Specialization takes time and dedication, a good training program with category-based content, and precisely outlined is the type of learning programs we put together to achieve such end.

## POS MERCHANDISING TRAINING
The way  a product is presented to the consumer is as important as the product itself, each category operates with its own promotional techniques

## TRAINING FOR BUYERS
Our buyers need to be updated on segmentation methods, CATMAN, Score Cards and on technology trends, all target audiences are covered.

## SOFT SKILL TRAINING
The benefits of technology in his/her daily life need to be interpreted to the consumer and make those consistent with his/ner needs, we use sensibility to detect when and how to properly offer a particular product

## TRAINING APP
This can be used virtually anywhere, it also measures the staff performance and compensate them for their achievements. Can be customized for each retailer.



RETAIL 2.0
INTCOMEX

# FACE-TO-FACE TRAINING
## POS & INTCOMEX INSTALLATIONS








# TRAINING APP





Training application specifically designed to train your POS team in sales skills and techniques

Based on games where users develop internal skills

Users are valued with products, gifts or virtual recognition for their achievements





# TRAINING DOCUMENTS





# MANAGEMENT & REPORTING

# POS MANAGEMENT



## Classification

A.   Strategic
B.   Potential
C.   Dedicated
D.   Massive



# POS HUMAN FACTOR

Achieve a balance investment in Sell In -> Sell Out through a profitable team of POS consultants / promoters



INTCOMEX POS force scheme

## Staff Integration:

Review Resume
Pre-Test-Hiring
Look for Core Competences
Training





# TAKING BIG DATA TO INSIGHTS





# CI



## REGIONAL ANALYSIS PER CHANNEL
We use our scale to understand the regional behavior of a brand or product in different scenarios and in the same retail channel

## SELL THRU ANALYSIS
It is difficult to take predictive actions to improve performance if we don´t understand what is driving the turnover in the entire retail chain. We proactively spend time in understanding the product´s trajectory rather than assuming the role of mere spectators.

| MPN | Average Weelky Sales | Inventory | Inventory Weeks | Minimuy for Exhibition | Suggested Restock |
|-----|------|------|------|------|------|

## SUGGESTED RESTOCKING
Facilitates the purchaser's job by accelerating the decision-making process. The business conversation is based on the ethical collaboration, as we are aware of the importance of maintaining the trust of our customers through the correct restocking.



## SELL-IN SELL OUT OUTCOME DASHBOARD
By comparing restocking times with the rotation rate per store and per each category, we are able to grasp restocking key points and the optimal product assortment.



## LOST SALE ANALYSIS
Inevitably, gaps result from the lack of coordination in the brand-distribution-retail chain. This analysis provides a diagnosis as to what part of the chain is broken in order to take corrective actions.



## CONVERSION RATE COMPARISON
As each product has its own pace and selling strategy, this study allows us to comprehend the effectiveness of our logistics and sell out tactics we put in place.

# WHAT ARE INSIGHTS?

Insights are **discoveries, observations and general finidngs** that give light and a deeper knowledge of **a brand, category or customers.** And when they are acted on, they generate revenue.



The process of turning big data of different sources to a golden nugget insight.

This gives us an important bit of information that can be actioned and can generate reveue.



# WHAT ARE INSIGHTS?



BI:
Sell In

KAM:
Background and Insight

Get information form:

Trade MKT:

Others::
GFK, Research

Customer:
SellOut & Stock

| Constantlly obtaining the info |

| General revission |

| Strcturing the base |

| Matching Sku's with MPN's |

| Matching the base with brands and categories |

| Final revision |



## General Basis

**Historic Data:**
-Sell-In
-Sell-Out
-Stock
-ROM Data
-Insights TM
-Others (GFK, Internet)



RETAIL 2.0
INTCOMEX

# ANALYSIS & INSIGHTS



### Formulating KPI's and Analyzing Them

- We grew +15% YoY
- However our growth was -10pts less tan the ROM
- Our growth is -20pts less tan the ROM in speakers that make ½ our revenue



Generating Staretgies & Building the Business Review PPT.

0% ···················································· 100%

### Identiying the Key Questions

- Did we grow against last year?
- Did we grow more/less tan the ROM?
- Where do we grow and where do we decrease?
- Why do we grow/decrease in those segments?



### Finding the Key Idea

- JBL is perfomring -20pts less tan the ROM
- 6 out of 20 models make 80% of the sale.
- 1/2 of JBL top models have been breaking stock representing a -45% revenue loss.





RETAIL 20
INTCOMEX

# CUSTOMERS & BENCHMARK DASHBOARD





# ANALYSIS 80/20 BRANDS





# QBR



**Intcomex –Resumen Sell-Through**
YTD 2018 (Enero – Abril)

$1.19MM — Facturación YTD (Enero-Abril)
$1.12MM — Sell Out YTD (Enero-Abril) 2018 — Conversión 84%
$800K — Stock On Hand 01 Abril 2018
56% — Sell-Through% Sell-Out / (Stock Inicial + Sell In)

1



**Intcomex –  Resumen Sell-In**
YTD 2018 (Enero – Abril)

De Enero a Abril 2018, hemos vendido a  $1.24MM, +85% que el año pasado.
Ishop Colombia hace el 43% de la venta,  Ishop Peru tiene el mayor crecimiento contra el año pasado y hace el 40% del crecimiento.

Facturación Sell In $000 USD

2



**Intcomex - Ticket Promedio**
YTD (Enero-Abril 2018) – Ticket promedio $USD

El ticket promedio el  es de $24 USD, Ishop Colombia y Nicaragua estan por encima del promedio, mientras que Ishop Peru tiene el menor TP de $17 USD.

Facturación Sell Out $000 USD

3



**Intcomex – Resumen Sell-Out**
YTD 2018 (Enero – Abril)

Belkin crece 53%, pero menos que el resto de las marcas por lo que pierde -7 pts de share. Microsoft es la marca que más crece 3X lo que en 2017, Gear4 y Mophie de 3% de share ahora significan 12% de la venta.

4



**Intcomex –  Conversión Por Marca**
YTD 2018 (Enero – Abril)

Belkin y Zagg estan teniendo la mayor conversion de Sell IN a Sell-Out, también JBL y Mophie con 80%, solo Gear4 con una baja conversion a Sell Out.

5



**Intcomex –  Conversión Por País**
YTD 2018 (Enero – Abril)

Enero tenemos una conversion muy alta de Colombia, debido a un previo llenado muy baja de Perú que tuvo llenado esta mes. En Marzo tenemos una menor conversion previo a la venta de Abril, sobre todo en CR.

91%   99%   83%   103%

6



# INVENTORY BREAKDOWN
## LOSS SALES ANALYSIS



Este cable MIXIT top seller de cables ha perdido venta de 90 piezas las últimas semanas.
Esto ha significado una pérdida en ventas de **-$1,200 USD de tan solo este artíuclo.**



# SUGGESTED RESTOCK REPORT



ABC Sku's:
A (50% of sales) Star
B (75% of sales) Half star
C (100% of sale) No star

Weekly Average Unit Sales (without inventory breakdown)

Stock OH + OSO + Transit

Stock / Weekly Avg Sales

Average Sales X Lead Time (6 S)

Exhibition Minimum Stock (4 x store)

Punto de Restock - Inventario

| Analisis de Resurtido | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cliente X | | 15-may-18 | | | | | | | Semanas | 6 | | |
| Días transcurridos: | | 120 | | | | | | | # Tiendas | 23 | | |

15-may-18

| Sku Ganador | Item_Number | Nombre | Marca | Categorías Intcomex | Status-Intcomex | Promedio Ponderado | Inventario OH | Semanas de Inv | Stock Para 6 Semanas de Inv | Mínimo de Exhibición 23 Tiendas | Punto de Restock | Resurtido Necesario | Resurtido XCB | Resurtido XUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☆ | F8W863EC | Belkin Overlay TCP 2.0 for | Belkin | Cases & Prote | a | 583 | 347 | 2.4 | 875 | 92 | 875 | 528 | 38 | 220 |
| ☆ | F8W827EC | Belkin Overlay TCP 2.0 iPh | Belkin | Cases & Prote | a | 382 | 270 | 2.8 | 573 | 92 | 573 | 303 | 0 | 200 |
| ☆ | F8W828EC | Belkin Overlay TCP 2.0 iPh | Belkin | Cases & Prote | a | 640 | 534 | 3.3 | 960 | 92 | 960 | 426 | 0 | 426 |
| ☆ | F8W753EC | Belkin Overlay TCP 2.0 iPh | Belkin | Cases & Prote | a | 123 | 59 | 1.9 | 185 | 92 | 185 | 126 | 0 | 126 |
| ☆ | 200101304 | Zagg InvisibleShield Luxe ( | Zagg | Cases & Prote | a | 96 | 37 | 1.5 | 144 | 92 | 144 | 107 | 107 | 0 |
| ☆ | F8J041TT04-BLK | Belkin MIXIT 30Pin to USB | Belkin | Adapters & Ca | a | 59 | 36 | 2.5 | 88 | 92 | 92 | 56 | 53 | 3 |
| ☆ | IC7L81D3 | Gear 4 Piccadilly for iPhor | Gear4 | Cases & Prote | a | 45 | 40 | 3.6 | 67 | 92 | 92 | 52 | 0 | 52 |
| ☆ | F8W840tt | Belkin Overlay Apple Watc | Belkin | Cases & Prote | a | 51 | | 0.0 | 77 | 92 | 92 | 92 | 0 | 88 |
| ☆ | IC7L83D3 | Gear4 Case Piccadilly for i | Gear4 | Cases & Prote | a | 32 | 46 | 5.7 | 48 | 92 | 92 | 46 | 0 | 46 |
| ☆ | F8J207BT04-BLK | Belkin Duratek lightning tc | Belkin | Adapters & Ca | a | 179 | 134 | 3.0 | 268 | 92 | 268 | 134 | 100 | 34 |
| ☆ | IC7081D3 | Gear 4 Piccadilly for iPhor | Gear4 | Cases & Prote | a | 45 | 56 | 5.0 | 67 | 92 | 92 | 36 | 0 | 36 |
| ☆ | CS610CK | WAC Bamboo Fineline 3 St | Wacom | Digital Tablet | a | 33 | 57 | 7.0 | 49 | 92 | 92 | 35 | 0 | 35 |





CATMAN

# CATMAN PROCESS



| CATMAN XX century | | 1 CATEGORY DEFINITION | 2 CATEGORY ROLE | 3 CATEGORY EVALUATION | 4 CATEGORY BSC | 5 CATEGORY STRATEGY | 6 CATEGORY TACTICS | 7 DEPLOYMENT |

INTERNAL ALIGNMENT

| CATMAN XXI century | ORGANIZATIONAL DESIGN AND DEVELOPMENT | CDT DEFINITION | | ASSESSMENT OF WHAT ASSESSMENT OF WHY | | | MIX, PRICE BAND, PROMOTION, FURNITURE MERCHANDISING, MARKETING TO END CLIENT | DEPLOYMENT, SUPPLY CHAIN, ROI |

| KEY processes | INTERNAL AGREEMENTS ON OBJECTIVES AND STRATEGIES | WHAT PRODUCTS WILL BE INCLUDED? WHICH SUBCATEGORIES ARE THEY GOING TO FALL UNDER? | WHAT IS THE IMPORTANCE OF USING CATEGORIES FOR THE TARGET CONSUMER AND FOR THE RETAILER? | WHO BUY THAT CATEGORY? WHY ARE THEY BUYING IT? | WHAT ARE THE GOALS AND OBJECTIVES? HOW WE WILL MEASURE SUCCESS? | HOW ARE WE GOING TO ACHIEVE OUR OBJECTIVES? | WHAT ARE THE PLAN COMPONENTS IN EACH SEGMENT OR SUBCATEGORY? | WHO DOES WHAT AND WHEN? |

Driving growth in a Shopper Centric world

CATMAN XX C: "Shopper Facts"
Behavioral research : who, what when, where, how is the category being bought?

**+**

CATMAN XXI C: "Shopper Insights"
Attitude and perception research: What is the category being bought?

Drives shopper marketing Building brand value and message driven by facts and shopper's insights

## CATEGORY REVIEW

✓ LOOK INTO BSC
✓ Guarantees alignment with shopper's insights



# HARMAN SOUTH CONE PRESENTATION

# HARMAN GOALS 2018

To Build on an established Brand name in both Retail Tier 1 and Tier 2  with a consistent brand message across both channels. To Lead in Market share for the BT Speaker category in South America with excellent retail execution and consistent shelf space, adding on aggressive revenue growth in Headphones and Home Audio .

To Leverage the Market position of JBL in BT Speakers  and the strong brand awareness by offering a full ecosystem of Audio Solutions to enhance the customer experience experience (Headphones, Hifi, Smart Audio).



**Top Priorities**

Owning the Sales Floor – Exhibition, sales promotors, training.

Become the #2 brand in Headphones in every market by 2019.

Become the # 1 brand in BT Speakers in every market by 2019

Retail Expansion and POS Execution, reach all doors

Increase Sellout per door and ASPs per category

Increase customer's JBL Ecosystem by adding all categories.

# SWOT ANALISIS

## Strength
Strong Brand recognition, Best value proposition in Market, Broad Product Portfolio, Global Brand.

## Weaknesses
Lack of market information, poor back office support and visibility, No POS Strategy and resources, No clear distribution strategy, lack of information sharing, Sell-in Focused Brand, Lack of pricing strategy, small investment in Market

## Opportunities
Increase Market Share in HP, Launch Voice Activated Category, Offer a CATMAN Proposal for Audio, Increase .com Sales, Leverage a 3 brands approach in POS, Store in Store concept, Lead in E-Commerce

## Threats
Retailers with Private Label brands in Opp SKUs, established brands gaining retail space, increase in counterfeit product, Margin shrinkage for distribution. Increasing transshipping from other markets

In order to sustain the growth rate of the last 3 years, we need to execute a strategy that can provide us long term growth and customer brand awareness.

Tier 1 Retail will provide us with branding, consistency and a full ecosystem of products.

Tier 2 Retail will provide us with volume and customer breath for entry and mid Pricepoints.

Travel Channel will provide us with Global brand awareness, higher ASPs and a clear brand message to our target audience.



# KEY KPIs FOR GROWTH









**Increase Sell-Out in Retail by enhancing the customer experience in store (Displays) + Promotors (Existing Customers)**

**Increase market Share in OPP headphones (T-Line) and expand BT Product Mix and Sport**

**Expand customer and door count per country**

**Set country and key customer Goals per Product Category based on Sell-in and Sell-Out and Market Share. Create JBL Premier Program**





# BLUETOOTH SPEAKERS



**PRODUCT MAPPING**

# COMPETITION
## HOW WE CAN ATTACK TO WIN

**PREMIUM**

1. Premium Exhibition
2. Active displays
3. Mainly distributed in Tier 1, APRs and Travel
4. Brand Promotors
5. Selected Mix of Product

**MAINSTREAM**

1. Mass Coverage
2. Brand Block Exhibition
3. Impulse buy areas in store
4. Strong brand Awareness
5. Aggressive pricing Strategy
6. Similar SKUs
7. Tier 1, Tier 2, Tier 3, Resellers, Supermarkets
8. High Unit Volume

**ENTRY**

1. Price Driven
2. Strong share in Below $30.- PP
3. Tier 1, Tier 2, Supermarkets
4. 25% below branded products



















# HARMAN DIRECT COMPETITION
## HOW WE CAN ATTACK TO WIN

**PREMIUM**

1. Premium Exhibition
2. Active displays
3. Brand Promotors
4. Price Equal or Below



**MAINSTREAM**

1. Mass Coverage
2. Brand Block Exhibition
3. Impulse buy areas in store
4. Aggressive pricing Strategy



SONY    PHILIPS

Panasonic    Skullcandy

**ENTRY**

1. Price Driven
2. Brand Awareness
3. Quality and Warranty




ENERGY SISTEM    esenses    maxell    iHome

# MERCHANDISING PREMIUM BRANDS
## MUEBLES DE LA COMPETENCIA






Case 1:20-cv-00484-MA   Document 17   Entered on FLSD Docket 06/10/2020   Page 79 of 158

MERCHANDISING PREMIUM BRANDS





MERCHANDISING MAINSTREAM BRANDS









# MERCHANDISING MAINSTREAM BRANDS

Master-G



Display Audífonos



Torres vitrina



Torres Gancheras

MERCHANDISING MAINSTREAM BRANDS

Productos y Corner Philips






MERCHANDISING MAINSTREAM BRANDS

Productos Sony Corner











# MARKET SIZE & TAM

# ECONOMIC OVERVIEW HP + SP 2018
## COLOMBIA

HEADPHONES
- Market increased 31% in Value and decreased -4% in units

SPEAKERS
- Market decreased 2% in Value and -47% in units

## HEADPHONES

## SPEAKERS



# ECONOMIC OVERVIEW HP + SP 2018
## PERU



| | |
|---|---|
| Jun-17 | 1,944,074.84 |
| Jul-17 | 1,537,102.76 |
| Ago-17 | 1,885,429.66 |
| Set-17 | 1,887,976.09 |
| Oct-17 | 2,022,636.03 |
| Nov-17 | 2,378,172.76 |
| Dic-17 | 1,596,608.77 |
| Ene-18 | 1,357,659.23 |
| Feb-18 | 1,516,104.65 |
| Mar-18 | 1,977,917.19 |
| Abr-18 | 1,396,515.62 |
| May-18 | 1,569,225.50 |

| | |
|---|---|
| Jun-17 | 728,564.19 |
| Jul-17 | 336,960.02 |
| Ago-17 | 520,468.98 |
| Set-17 | 618,172.80 |
| Oct-17 | 657,153.75 |
| Nov-17 | 505,397.72 |
| Dic-17 | 569,632.19 |
| Ene-18 | 529,246.72 |
| Feb-18 | 404,398.94 |
| Mar-18 | 645,674.70 |
| Abr-18 | 402,000.63 |
| May-18 | 444,017.76 |



# ECONOMIC OVERVIEW HP + SP 2018
## URUGUAY



| | |
|---|---|
| Jul-17 | 322,682.41 |
| Ago-17 | 306,190.59 |
| Set-17 | 150,558.70 |
| Oct-17 | 367,088.87 |
| Nov-17 | 326,279.17 |
| Dic-17 | 425,482.60 |
| Ene-18 | 196,308.14 |
| Feb-18 | 197,101.72 |
| Mar-18 | 263,911.56 |
| Abr-18 | 188,990.11 |
| May-18 | 208,726.73 |
| Jun-18 | 240,994.71 |



Headphones Uruguay



| | |
|---|---|
| Jul-17 | 227,890.66 |
| Ago-17 | 240,980.74 |
| Set-17 | 166,808.82 |
| Oct-17 | 298,778.68 |
| Nov-17 | 469,759.63 |
| Dic-17 | 387,967.80 |
| Ene-18 | 288,779.25 |
| Feb-18 | 207,912.21 |
| Mar-18 | 184,060.08 |
| Abr-18 | 195,576.77 |
| May-18 | 188,090.31 |
| Jun-18 | 197,429.59 |



Speakers Uruguay

# ECONOMIC OVERVIEW HP + SP 2018

## CHILE

SPEAKERS
- Market Grew 9.9%
- Average Selling price dropped due to cyber Monday Offers
- Online Sales represent 20% of units and 40% of Value
- JBL leads in Market Share with 20.5 vs 19.9 of Bose in Apr/May.

HEADPHONES
- Market Grew 25% in Value
- Bluetooth HP now represents 17% of units but 48% of Value.
- HP above USD 100 grew 37% and represents 25% of Value.
- T110 is the leading JBL headphone in Value and Units and 4th in overall rank.











# COLOMBIA - 2018

|  | Headphones | Speakers |
|---|---|---|
| Total Importaciones | $ 8,163,895 | $ 10,075,592 |
| Monthly Average | $ 2,040,974 | $ 2,518,898 |
| Yearly Projection | $ 24,491,684 | $ 30,226,776 |

## HEADPHONES



| Mes | US$ CIF | Kgs. Brutos |
|---|---|---|
| ENERO - 2018 | 1.915.525,78 | 110.362,69 |
| FEBRERO - 2018 | 2.253.418,16 | 101.084,24 |
| MARZO - 2018 | 1.647.967,53 | 117.645,20 |
| ABRIL - 2018 | 2.672.006,95 | 81.914,15 |

**Ranking por Mes**



| Importador | US$ CIF | % Inc. | Kgs. Brutos |
|---|---|---|---|
| HUAWEI TECHNOLOGIES COLOMBIA S.A | 992.719 | 11,69 % | 6.916 |
| APPLE COLOMBIA SAS | 932.552 | 10,99 % | 1.688 |
| SONY COLOMBIA S.A. | 426.570 | 5,03 % | 9.576 |
| PUNTOS & MERCADOS LTDA. | 392.691 | 4,63 % | 2.360 |
| HP COLOMBIA S.A.S. | 336.517 | 3,96 % | 1.818 |
| TELECOLOMBIA S.A.S | 291.902 | 3,44 % | 5.996 |
| BRIGHTPOINT DE COLOMBIA INC | 256.227 | 3,02 % | 20.493 |
| MARPICO S.A. | 250.866 | 2,96 % | 10.650 |
| EASY COLOMBIA S.A. | 230.067 | 2,71 % | 5.113 |
| DISSMO S.A.S. | 206.681 | 2,43 % | 11.469 |
| IMPRESISTEM S.A. UAP COD 280 | 195.487 | 2,30 % | 4.542 |
| SAMSUNG ELECTRONICS COLOMBIA S.A. COD UAP.285 | 189.951 | 2,24 % | 2.514 |
| FALABELLA DE COLOMBIA S.A. | 164.904 | 1,94 % | 2.525 |
| INGRAM MICRO S.A.S. | 153.397 | 1,81 % | 1.028 |
| MAXECOL SAS | 140.432 | 1,65 % | 7.351 |
| ANIXTER COLOMBIA S.A. | 140.280 | 1,65 % | 989 |
| COLOMBIANA DE COMERCIO CORBETA Y/O ALKOSTO S.A. CO | 137.785 | 1,62 % | 3.463 |
| M.P.S MAYORISTA DE COLOMBIA S.A. UAP 173 | 129.481 | 1,53 % | 2.286 |
| MAXCO S.A. | 124.756 | 1,47 % | 7.325 |
| PUNTOS SUMINISTROS S.A. | 117.414 | 1,38 % | 4.552 |
| MAC CENTER COLOMBIA SOCIEDAD POR ACCIONES SIMPLIFI | 114.960 | 1,35 % | 621 |
| BRIGHTSTAR COMERCIALIZADORA S A S | 113.139 | 1,33 % | 437 |

**Ranking por Importador**



## SPEAKERS



| Mes | US$ CIF | Kgs. Brutos |
|---|---|---|
| ENERO - 2018 | 966.335,66 | 97.319,76 |
| FEBRERO - 2018 | 836.973,69 | 73.241,34 |
| MARZO - 2018 | 1.072.264,05 | 113.711,41 |
| ABRIL - 2018 | 1.088.369,48 | 102.049,23 |

**Ranking por Mes**



| Importador | US$ CIF | % Inc. | Kgs. Brutos |
|---|---|---|---|
| LG ELECTRONICS COLOMBIA LTDA UAP COD.386 | 568.836 | 14,35 % | 69.153 |
| COLOMBIANA DE COMERCIO CORBETA Y/O ALKOSTO S.A. | 165.628 | 4,18 % | 4.107 |
| HP COLOMBIA S.A.S. | 163.588 | 4,13 % | 3.736 |
| PRICESMART COLOMBIA S.A.S. | 147.422 | 3,72 % | 6.276 |
| BRIGHTPOINT DE COLOMBIA INC | 138.793 | 3,50 % | 5.462 |
| SONORIZAMOS FMT SAS | 137.226 | 3,46 % | 8.238 |
| FALABELLA DE COLOMBIA S.A. | 131.931 | 3,33 % | 5.377 |
| M.P.S MAYORISTA DE COLOMBIA S.A. UAP 173 | 122.912 | 3,10 % | 1.539 |
| WOTTOLINE COLOMBIA S.A.S. | 117.535 | 2,97 % | 7.737 |
| TELCOLOMBIA S.A.S | 87.939 | 2,22 % | 478 |
| PROMOCIONES E IMPORTACIONES | 82.431 | 2,08 % | 6.804 |
| YAMAKI LTDA | 73.077 | 1,84 % | 3.739 |
| SONY COLOMBIA S.A. | 67.799 | 1,71 % | 1.908 |
| AUDIO SOUND S.A.S. | 61.240 | 1,54 % | 3.063 |
| DISSMO S.A.S. | 57.761 | 1,46 % | 1.495 |
| AUTOMA S.A | 57.205 | 1,44 % | 2.269 |
| LFL AUDIO SAS | 56.894 | 1,44 % | 1.626 |
| INTERNATIONAL ALLIANCE OF TRADE IMPORT & EXPORT LT | 53.855 | 1,36 % | 13.770 |
| POLUX SUMINISTROS S.A. | 52.430 | 1,32 % | 2.403 |
| MICHE PRODUCCIONES LTDA | 52.173 | 1,32 % | 3.546 |
| MARPICO S.A. | 52.149 | 1,32 % | 5.120 |
| MUSICAL ART S.A.S. | 51.790 | 1,31 % | 3.410 |
| EDGAR FRANCISCO MELENDEZ VELOZA | 46.404 | 1,17 % | 907 |
| INVERSIONES FRALALI | 43.134 | 1,09 % | 5.849 |

**Ranking por Importador**



# CHILE - 2018

|  | Headphones | Speakers |
|---|---|---|
| Total Importaciones | $ 6,445,407 | $ 14,918,159 |
| Monthly Average | $ 1,611,352 | $ 3,729,540 |
| Yearly Projection | $ 19,336,221 | $ 44,754,475.71 |

## HEADPHONES

Chile - Importaciones

| Mes | US$ CIF | Kgs. Brutos |
|---|---|---|
| ENERO - 2018 | 3.564.730,26 | 172.925,36 |
| FEBRERO - 2018 | 2.923.483,09 | 117.825,56 |
| MARZO - 2018 | 2.749.968,19 | 145.250,42 |
| ABRIL - 2018 | 2.926.090,18 | 86.543,59 |
| MAYO - 2018 | 3.528.432,77 | 138.276,34 |



**Ranking por Mes**

| Importador | US$ CIF | % Inc. | Kgs. Brutos |
|---|---|---|---|
| APPLE CHILE COMERCIAL LTDA. | 1.220.612 | 7,78 % | 5.288 |
| ELECTRONICA FUJICORP S.A. | 1.012.131 | 6,45 % | 48.481 |
| INTCOMEX S.A. | 844.154 | 5,38 % | 29.511 |
| SAMSUNG ELECTRONICS CHILE LTDA | 801.300 | 5,11 % | 9.168 |
| PANASONIC CHILE LTDA. | 692.617 | 4,41 % | 19.555 |
| ART.DEPORTIVOS GACITUA Y CIA L | 649.120 | 4,14 % | 56.250 |
| INGRAM MICRO CHILE S.A. | 562.710 | 3,59 % | 7.956 |
| SONY CHILE LTDA. | 455.504 | 2,90 % | 9.400 |
| IMP Y DIST. MAXCHILE LTDA. | 425.083 | 2,71 % | 25.207 |
| HUAWEI CHILE S.A. | 311.605 | 1,99 % | 6.631 |
| ENTEL PCS TELECOMUNIC. S.A. | 303.565 | 1,93 % | 5.467 |
| IMP.Y DIST.MACROTEL S.A. | 286.100 | 1,82 % | 17.385 |
| COMERCIAL ENELCA SA | 276.823 | 1,76 % | 7.175 |
| QUINTEC DISTRIBUCION S.A. | 255.495 | 1,63 % | 2.963 |
| COM. E IMP. AUDIOMUSICA SPA | 247.545 | 1,58 % | 6.696 |
| GTC RIBBON S.A | 231.230 | 1,47 % | 5.879 |
| PERSONAL COMPUTER FACTORY S.A. | 215.919 | 1,38 % | 5.669 |
| ANIXTER CHILE S.A. | 190.503 | 1,21 % | 6.337 |
| NEXSYS DE CHILE S.A. | 189.721 | 1,21 % | 965 |
| IMP Y DIST DE TEC DEL PACIFICO. | 170.767 | 1,09 % | 6.979 |
| IMPORTADORA SPORT OPTIC LTDA | 164.575 | 1,05 % | 3.359 |
| COMERCIAL URBANO CHILE LTDA. | 159.974 | 0,89 % | 7.110 |
| FORUS S.A. | 139.974 | 0,89 % | 2.390 |
| ADN HOME LTDA | 138.769 | 0,88 % | 1.519 |
| FALABELLA RETAIL S.A. | 128.603 | 0,82 % | 6.858 |



**Ranking por Importador**

## SPEAKERS

Chile - Importaciones

| Mes | US$ CIF | Kgs. Brutos |
|---|---|---|
| ENERO - 2018 | 1.254.538,01 | 99.489,66 |
| FEBRERO - 2018 | 1.280.713,99 | 52.533,44 |
| MARZO - 2018 | 1.095.826,11 | 87.492,94 |
| ABRIL - 2018 | 1.171.315,48 | 60.074,33 |
| MAYO - 2018 | 2.042.154,85 | 158.028,73 |



**Ranking por Mes**

Chile - Importaciones | Act. 31/05/18

| Importador | US$ CIF | % Inc. | Kgs. Bruto |
|---|---|---|---|
| INTCOMEX S.A. | 919.912 | 13,44 % | 9.914 |
| BRIGHTSTAR CORP.CHILE LTDA. | 811.833 | 11,86 % | 29.800 |
| TECNO IMPORT S.A. | 350.750 | 5,12 % | 63.250 |
| PRODUCT CHILE SPA | 278.272 | 4,07 % | 14.947 |
| CENCOSUD RETAIL S.A | 265.697 | 3,88 % | 22.544 |
| QUINTEC DISTRIBUCION S.A. | 249.708 | 3,65 % | 4.117 |
| HUAWEI CHILE S.A. | 229.072 | 3,35 % | 4.801 |
| IMPORTADORA SPORT OPTIC LTDA. | 207.290 | 3,03 % | 4.240 |
| ELECTRONICA MEGATEL S.A. | 186.395 | 2,72 % | 42.487 |
| FALABELLA RETAIL S.A. | 169.821 | 2,48 % | 4.010 |
| LG ELECTRONICS INC CHILE LTDA | 158.978 | 2,32 % | 8.635 |
| SAMSUNG ELECTRONICS CHILE LTDA | 155.548 | 2,27 % | 1.913 |
| IMP.Y EXP.E INV.VICTORIA CAPI | 121.526 | 1,78 % | 26.306 |
| DISTECNA S.A. | 118.903 | 1,74 % | 4.356 |
| COM. E IMP. AUDIOMUSICA SPA | 102.502 | 1,50 % | 13.750 |
| ELECTRONICA CASA ROYAL LTDA | 86.890 | 1,27 % | 8.359 |
| PROMUSIC AUDIO LTDA | 77.588 | 1,13 % | 8.289 |
| PERSONAL COMPUTER FACTORY S.A. | 72.786 | 1,06 % | 2.155 |
| RCL SUDAMERICANA S.A. | 71.477 | 1,04 % | 4.493 |
| URDILE S.A | 71.085 | 1,04 % | 3.556 |
| COM. TOUCHSMART ELECTR. LTDA | 70.555 | 1,03 % | 1.665 |
| TECNOGLOBAL S.A. | 67.887 | 0,99 % | 3.401 |
| COMERCIAL ECOSA S.A. | 65.221 | 0,95 % | 1.074 |
| EQUIPOS SAV LTDA | 63.120 | 0,92 % | 1.871 |
| WOOX INNOVATIONS CHILE SPA | 62.408 | 0,91 % | 2.267 |



**Ranking por Importador**

# PERU - 2018

## HEADPHONES

| Mes | U$S CIF | Kgs. Brutos |
|---|---|---|
| ENERO - 2018 | 1.350.448,05 | 84.452,37 |
| FEBRERO - 2018 | 1.516.104,65 | 83.847,66 |
| MARZO - 2018 | 1.977.917,19 | 111.988,88 |
| ABRIL - 2018 | 1.396.515,62 | 54.319,83 |
| MAYO - 2018 | 1.550.609,21 | 87.868,14 |

**05  Perú - Importaciones**

### Ranking por Mes



| Importador | U$S CIF | % Inc. | Kgs. Brutos |
|---|---|---|---|
| INGRAM MICRO S.A.C | 918.647 | 11,79 % | 5.082 |
| BLACK SHEEP PERU SAC | 798.229 | 10,24 % | 17.651 |
| SONY PERU S.R.L. | 732.450 | 9,40 % | 26.911 |
| RASH PERU S.A.C. | 515.518 | 6,62 % | 18.163 |
| HALION INTERNACIONAL S.A. | 435.463 | 5,59 % | 51.245 |
| EXPORTADORA IMPORTADORA IGARASHI ASCENCI | 400.770 | 5,14 % | 21.934 |
| IATEC S.A.C. | 211.214 | 2,71 % | 1.569 |
| INTCOMEX PERU S.A.C | 209.962 | 2,69 % | 14.240 |
| PANASONIC PERUANA S.A. | 182.323 | 2,34 % | 3.832 |
| GRUPO DELTRON S.A. | 150.709 | 1,93 % | 4.499 |
| G.W. YICHANG & CIA S.A. | 149.247 | 1,92 % | 2.327 |
| ANIXTER PERU S.A.C | 137.219 | 1,76 % | 4.336 |
| GIBSON INNOVATIONS PERU S.A. | 105.561 | 1,35 % | 3.472 |
| CORPORACION LINDLEY S.A. | 104.306 | 1,34 % | 5.456 |
| NECAP PERU DISTRIBUTOR GROUP E.I.R.L. | 103.631 | 1,33 % | 4.550 |
| IMPULSO INFORMATICO S.A. | 101.747 | 1,31 % | 11.804 |
| YOUR ELECTRONICS SUPPLIER S.A.C. | 90.986 | 1,17 % | 1.600 |
| IMPORTACIONES SAN ROQUE E.I.R.L. | 90.720 | 1,16 % | 3.440 |
| MONTEBLANCO INVERSIONES GENERALES & NEGOCIOS SOCIE | 78.168 | 1,00 % | 665 |
| TICINO DEL PERU S.A | 77.327 | 0,99 % | 2.676 |
| NEXSYS DEL PERU S.A.C. | 75.960 | 0,97 % | 341 |
| GRUPO EWITTO INTERNACIONAL E.I.R.L. | 61.478 | 0,79 % | 28.857 |
| HUAWEI DEL PERU SAC | 60.613 | 0,78 % | 2.933 |
| IMPORTADORA Y DISTRIBUIDORA MACROTEL S.A | 57.053 | 0,73 % | 3.210 |

### Ranking por Importador



## SPEAKERS

| Mes | U$S CIF | Kgs. Brutos |
|---|---|---|
| ENERO - 2018 | 529.246,72 | 85.611,47 |
| FEBRERO - 2018 | 404.398,94 | 59.240,10 |
| MARZO - 2018 | 645.674,70 | 64.491,59 |
| ABRIL - 2018 | 402.000,63 | 37.124,80 |
| MAYO - 2018 | 444.017,76 | 39.262,53 |

**05  Perú - Importaciones**

### Ranking por Mes



| Importador | U$S CIF | % Inc. | Kgs. Brutos |
|---|---|---|---|
| INTCOMEX PERU S.A.C | 299.661 | 12,36 % | 7.381 |
| G.W. YICHANG & CIA S.A. | 282.047 | 11,63 % | 5.448 |
| EXPORTADORA IMPORTADORA IGARASHI ASCENCI | 233.741 | 9,64 % | 18.603 |
| CORPORACION MUSICAL PERU S.A.C. | 149.370 | 6,16 % | 19.260 |
| IMPULSO INFORMATICO S.A. | 147.984 | 6,10 % | 28.946 |
| AUDIOMUSICA PERU S.A.C. | 118.528 | 4,89 % | 7.212 |
| SONY PERU S.R.L. | 113.612 | 4,68 % | 4.558 |
| CONSORCIO MUSICAL PERU SOCIEDAD ANONIMA CERRADA I | 86.792 | 3,58 % | 24.540 |
| SONCCO SANCHEZ FLORENCIO | 80.073 | 3,30 % | 43.331 |
| TELEWATT S A | 70.761 | 2,92 % | 3.817 |
| RIMAC SOUND WAY S.A.C. | 58.830 | 2,43 % | 15.360 |
| DUPREE VENTA DIRECTA S.R.L. | 50.334 | 2,08 % | 2.243 |
| ELECTRONICA LUAN E.I.R.L. | 48.204 | 1,99 % | 9.230 |
| COMPUASA E.I.R.LTDA. | 47.415 | 1,95 % | 2.020 |
| STAR LINE MUSIC E.I.R.L. | 46.502 | 1,92 % | 4.099 |
| RASH PERU S.A.C. | 42.749 | 1,76 % | 2.504 |
| DISTRIBUIDORA PERFECTION S A | 37.340 | 1,54 % | 3.251 |
| MEDINA TORRES YESSICA MARYLIN | 36.093 | 1,49 % | 17.267 |
| SAGA FALABELLA S A | 35.366 | 1,46 % | 910 |
| REPRESENTACIONES F.B.A. S.A.C. | 31.271 | 1,29 % | 7.742 |
| CORPORACION LINDLEY S.A. | 31.202 | 1,29 % | 1.394 |
| CELISTICS PERU SAC | 22.250 | 0,92 % | 541 |
| PULSAR IMPORT EIRL | 18.276 | 0,75 % | 2.588 |

### Ranking por Importador



# URUGUAY - 2018

| Total Importaciones | Headphones | Speakers |
|---|---|---|
| Monthly Average | $ 200,862.51 | $ 193,863.39 |
| Yearly | $ 2,410,350.17 | $ 2,326,360.71 |

## HEADPHONES

07   🇺🇾 Uruguay - Importaciones

| Mes | U$S CIF | Kgs. Brutos |
|---|---|---|
| ENERO - 2018 | 196,308.14 | 10,484.24 |
| FEBRERO - 2018 | 197,101.72 | 10,398.51 |
| MARZO - 2018 | 263,911.56 | 15,052.18 |
| ABRIL - 2018 | 188,990.11 | 10,068.56 |
| MAYO - 2018 | 208,726.73 | 17,998.60 |
| JUNIO - 2018 | 240,994.71 | 17,398.89 |
| JULIO - 2018 | 52,029.33 | 2,749.26 |

### Ranking por Mes



| Importador | U$S CIF | % Inc. | Kgs. Brutos |
|---|---|---|---|
| DIVEROIL S.A. | 163.676 | 12,14 % | 7.928 |
| T G M S A | 117.556 | 8,72 % | 3.644 |
| JOACAMAR LTDA | 96.818 | 7,18 % | 4.549 |
| MANCRU SRL | 47.523 | 3,53 % | 2.398 |
| DISTRICOMP S A | 47.400 | 3,52 % | 8.505 |
| DEKANIL SOCIEDAD ANONIMA | 46.905 | 3,48 % | 1.689 |
| PUNKTAL S.A. | 44.315 | 3,29 % | 805 |
| LABTECH LTDA | 38.499 | 2,86 % | 1.866 |
| SAGASTI PALERMO Y SOTO S R L | 34.764 | 2,58 % | 138 |
| P C SERVICE S.A. | 32.946 | 2,44 % | 1.038 |
| SENRIVER SA | 32.560 | 2,42 % | 867 |
| UDITEX SOCIEDAD ANONIMA | 29.148 | 2,16 % | 2.583 |
| BANTEY S.A. | 27.170 | 2,02 % | 11.813 |
| GELIROX SA | 26.008 | 1,93 % | 340 |
| BRIGHTSTAR URUGUAY S A | 25.567 | 1,90 % | 476 |
| TECNOOUIL S.A | 23.830 | 1,77 % | 2.983 |
| TELEFAX S.A. | 21.220 | 1,57 % | 204 |
| LAURINAL SOCIEDAD ANONIMA | 20.761 | 1,54 % | 200 |
| NORMISUR S.A. | 20.544 | 1,52 % | 171 |
| ROMY SOCIEDAD DE RESPLTDA. | 18.500 | 1,37 % | 631 |
| BARRACA EUROPA S.A. | 17.853 | 1,32 % | 492 |
| EMEC LTDA | 16.499 | 1,22 % | 1.683 |
| ROLACOR S A | 16.099 | 1,19 % | 1.284 |
| NEXSYS DEL URUGUAY S.A. | 14.927 | 1,11 % | 87 |
| MOSCA HNOS. S.A. | 12.802 | 0,95 % | 2.135 |

### Ranking por Importador



## SPEAKERS

07   🇺🇾 Uruguay - Importaciones

| Mes | U$S CIF | Kgs. Brutos |
|---|---|---|
| ENERO - 2018 | 288,779,25 | 26,319.49 |
| FEBRERO - 2018 | 207,912.21 | 11,413.23 |
| MARZO - 2018 | 184,060.08 | 17,549.20 |
| ABRIL - 2018 | 195,576.77 | 23,108.81 |
| MAYO - 2018 | 188,090.31 | 30,809.97 |
| JUNIO - 2018 | 197,429.59 | 13,842.16 |
| JULIO - 2018 | 32,245.68 | 4,044.21 |

### Ranking por Mes



| Importador | U$S CIF | % Inc. | Kgs. Brutos |
|---|---|---|---|
| T G M S A | 300.198 | 23,20 % | 6.939 |
| DISTRICOMP S A | 258.053 | 19,94 % | 52.756 |
| DEKANIL SOCIEDAD ANONIMA | 92.621 | 7,16 % | 3.387 |
| ANTEL | 61.228 | 4,73 % | 428 |
| DIVEROL S.A. | 61.165 | 4,73 % | 1.925 |
| SIGLO TOTAL S.A. | 51.089 | 3,95 % | 11.948 |
| BANTEY S.A | 46.831 | 3,62 % | 7.676 |
| LABTECH LTDA | 33.015 | 2,55 % | 4.314 |
| INCOTEL S.A | 29.369 | 2,27 % | 1.471 |
| JOACAMAR LTDA | 28.119 | 2,17 % | 1.203 |
| MINORET SOCIEDAD ANONIMA | 25.634 | 1,98 % | 1.605 |
| ROLACOR S A | 24.336 | 1,88 % | 3.433 |
| MONTEVERDE INVESTMENT & TRADE | 23.053 | 1,78 % | 6.052 |
| SAGASTI PALERMO Y SOTO S R L | 14.878 | 1,15 % | 82 |
| BAYNAL SA | 12.949 | 1,00 % | 148 |
| CORPORACION DEL PRESIDENTE DE | 12.587 | 0,97 % | 155 |
| MOSCA HNOS. S.A. | 11.632 | 0,90 % | 2.614 |
| NEMILER S.A | 10.842 | 0,84 % | 1.084 |
| P C SERVICE S.A. | 10.353 | 0,80 % | 544 |
| SAMMEL S.A. | 10.210 | 0,79 % | 376 |
| EPUGNER SOCIEDAD ANONIMA | 9.104 | 0,70 % | 440 |
| TENG NENMEI | 8.342 | 0,64 % | 2.992 |
| GLETIN SOCIEDAD ANONIMA | 8.076 | 0,62 % | 116 |
| DOMOTEC LTDA. | 8.049 | 0,62 % | 152 |
| HE JIANGSHAN Y CHEN YAN | 8.024 | 0,62 % | 2.613 |

### Ranking por Importador



# BOLIVIA - 2018

## HEADPHONES



**05**  🇧🇴 Bolivia - Importaciones

| Mes | US$ CIF | Kgs. Brutos |
|---|---|---|
| ENERO - 2018 | 200.183,78 | 37.504,61 |
| FEBRERO - 2018 | 253.354,41 | 29.213,68 |
| MARZO - 2018 | 166.357,20 | 18.474,82 |
| ABRIL - 2018 | 468.612,02 | 66.993,22 |
| MAYO - 2018 | 154.563,68 | 12.110,49 |

### Ranking por Mes



| Importador | US$ CIF | % Inc. | Kgs. Brutos |
|---|---|---|---|
| PSS IMPORT & EXPORT S.R.L. | 237.300 | 19,09 % | 21.686 |
| MIGUEL GONZALES CONDORI | 64.189 | 5,16 % | 7.429 |
| HUAWEI TECHNOLOGIES (BOLIVIA) SRL. | 57.496 | 4,63 % | 1.301 |
| EVOLUTION FOREVER S.R.L. | 43.464 | 3,50 % | 5.456 |
| CELIA MARIA SILVA RIBEIRO | 40.945 | 3,29 % | 386 |
| EDGAR SANCHEZ MOLLO | 30.920 | 2,49 % | 3.936 |
| TELEFONICA CELULAR DE BOLIVIA S.A. | 29.788 | 2,40 % | 800 |
| COMERCIAL ITIENDA S.R.L. | 28.040 | 2,26 % | 146 |
| ANA LUCY DIAZ VILLANUEVA | 24.909 | 2,00 % | 9.358 |
| NEXT LEVEL S.R.L. | 23.161 | 1,86 % | 190 |
| MIGUEL ANGEL TORREZ BLANCO | 18.491 | 1,49 % | 4.176 |
| TECNITRON S.R.L. | 16.650 | 1,34 % | 795 |
| COMCEL LTDA | 14.870 | 1,20 % | 4.285 |
| COSWORLD TRADING SRL | 14.728 | 1,18 % | 563 |
| JNK NEW GENERATION SRL | 13.901 | 1,12 % | 2.700 |
| JUAN CARLOS GUTIERREZ DELGADILLO | 13.820 | 1,11 % | 460 |
| TRANSBEL SA. | 13.652 | 1,10 % | 352 |
| MARIA SOLEDAD CORDOVA LLANOS | 13.568 | 1,09 % | 3.480 |
| BRIGHTSTAR PROV.SOLUC.TECNOLOGICAS | 13.396 | 1,08 % | 170 |
| IMPORTADORA LUJAN GLOBAL SRL | 13.377 | 1,08 % | 5.573 |
| EMPRESA VHUCELL AMERICA S.R.L. | 12.703 | 1,02 % | 3.890 |
| DAVID CUBA PERALTA | 11.466 | 0,92 % | 1.857 |
| FRANCISCO MAMANI LAZO | 11.201 | 0,90 % | 1.572 |
| MULTICENTER SRL | 11.077 | 0,89 % | 411 |
| AMERTECH CORPORATION LTDA. | 10.500 | 0,84 % | 419 |

### Ranking por Importador



## SPEAKERS

**05**  🇧🇴 Bolivia - Importaciones

| Mes | US$ CIF | Kgs. Brutos |
|---|---|---|
| ENERO - 2018 | 356.840,33 | 184.475,52 |
| FEBRERO - 2018 | 225.387,77 | 119.011,83 |
| MARZO - 2018 | 378.667,86 | 127.104,79 |
| ABRIL - 2018 | 305.902,27 | 87.699,87 |
| MAYO - 2018 | 325.943,03 | 87.010,67 |

### Ranking por Mes



| Importador | US$ CIF | % Inc. | Kgs. Brutos |
|---|---|---|---|
| ANGELICA HUMEREZ YUJRA | 112.789 | 7,08 % | 24.192 |
| MENDOZA RIOS MAGALY | 112.676 | 7,07 % | 62.840 |
| HUANCA ORIHUELA ELIO | 87.700 | 5,51 % | 45.409 |
| FILS COMPANY SRL. | 82.258 | 5,16 % | 898 |
| APAZA TICONA FABIANA | 80.823 | 5,07 % | 49.382 |
| REINALDO MEJIA NOGALES | 65.574 | 4,12 % | 36.019 |
| MIRIAN VACA OLIVA | 58.886 | 3,70 % | 36.511 |
| GUSTAVO CHURATA MOLINA | 57.059 | 3,58 % | 39.950 |
| CESAR ISAAC SANDOVAL QUENALLATA | 56.050 | 3,52 % | 13.724 |
| BEATRIZ ELVIRA APAZA TICONA | 55.664 | 3,49 % | 31.175 |
| MIGUEL ANGEL GUERRA LIMA | 54.974 | 3,45 % | 14.271 |
| EVOLUTION FOREVER S.R.L. | 43.990 | 2,76 % | 5.534 |
| EDGAR SANCHEZ MOLLO | 43.127 | 2,71 % | 8.161 |
| CESAR CARLOS AJNOTA CAMAYO | 39.386 | 2,47 % | 6.701 |
| JAVIER MEJIA NOGALES | 39.239 | 2,46 % | 26.228 |
| JESUS REYNALDO MARINO | 34.607 | 2,17 % | 13.444 |
| LAURA RONDO EMILIO BRUNO | 31.411 | 1,97 % | 8.225 |
| WILSON EMERSON MARTINEZ MENDOZA | 30.119 | 1,89 % | 14.477 |
| SERGIO ARMANDO AJNOTA FERNANDEZ | 27.254 | 1,71 % | 7.250 |
| COMERCIAL ITIENDA S.R.L. | 25.150 | 1,58 % | 242 |
| MIGUEL GONZALES CONDORI | 21.800 | 1,37 % | 2.426 |
| ROSSEMARY ELIZABETH RIOS CESPEDES | 20.705 | 1,30 % | 8.698 |
| VLADIMIR FREDDY USNAYO MAMANI | 19.763 | 1,24 % | 9.617 |
| JNK NEW GENERATION SRL | 18.349 | 1,15 % | 3.563 |
| DISMATEC S.A. | 16.555 | 1,04 % | 47 |
| JUAN CARLOS RIBERA ROCA | 15.688 | 0,98 % | 1.173 |

### Ranking por Importador



Contactos

# ECUADOR - 2018

## HEADPHONES

## SPEAKERS









# GFK – DATA TIER 1 MARKETS

## CHILE 2017

|  | TAMAÑO USD | % | UNITS | TICKET PROMEDIO US |
|---|---|---|---|---|
| **SPEAKERS** | $ 17,499,107 | 100.0% | 325,845 | $ 53.7 |
| Bose | $ 3,707,140 | 21.2% | 15,935 | $ 233 |
| JBL | $ 2,898,948 | 16.6% | 29,918 | $ 97 |
| Sony | $ 2,090,757 | 11.9% | 25,365 | $ 82 |
| Master G | $ 808,192 | 4.6% | 12,357 | $ 65 |
| Phillips | $ 790,622 | 4.5% | 24,715 | $ 30 |
| House of Marley | $ 773,053 | 4.4% | 6,829 | $ 113 |
| Samsung | $ 632,498 | 3.6% | 15,609 | $ 200 |
| TB & EXCL | $ 509,512 | 2.9% | 24,715 | $ 40 |
| Microlab | $ 368,957 | 2.1% | 22,764 | $ 50 |
| RCA | $ 351,388 | 2.0% | 27,316 | $ 13 |
| Others | $ 4,568,040 | 26.1% | 120,322 | $ 38 |

|  | TAMAÑO USD | % | UNITS | TICKET PROMEDIO US |
|---|---|---|---|---|
| **HEADPHONES** | $ 33,500,000 | 100.0% | 1,541,008 | $ 21.7 |
| SONY | $ 8,335,184 | 24.8% | 455,628 | $ 18 |
| PHILIPS | $ 5,899,565 | 17.6% | 317,942 | $ 19 |
| PANASONIC | $ 3,262,042 | 9.7% | 240,385 | $ 150 |
| APPLE | $ 2,905,187 | 8.6% | 33,325 | $ 87 |
| SAMSUNG | $ 2,627,207 | 7.8% | 82,058 | $ 32 |
| BOSE | $ 1,748,950 | 5.2% | 5,224 | $ 335 |
| BEATS BY DR.DRE | $ 1,139,210 | 3.4% | 7,125 | $ 160 |
| JBL | $ 1,114,494 | 3.3% | 36,401 | $ 31 |
| OTROS | $ 6,468,161 | 19.6% | 362,920 | $ 18 |

## COLOMBIA 2017
## Excluded Alkosto

|  | TAMAÑO USD | % | UNITS | TICKET PROMEDIO US |
|---|---|---|---|---|
| **SPEAKERS** | $ 5,900,621 | 100.0% | 130,427 | $ 45.2 |
| Bose | $ 1,752,484 | 29.7% | 11,007 | $ 159 |
| Sony | $ 1,115,217 | 18.9% | 17,869 | $ 62 |
| JBL | $ 755,279 | 12.8% | 8,148 | $ 93 |
| Logitech | $ 289,130 | 4.9% | 9,863 | $ 29 |
| Hyundai | $ 283,230 | 4.8% | 9,441 | $ 30 |
| Genius | $ 212,422 | 3.6% | 22,586 | $ 9 |
| Marshall | $ 182,919 | 3.1% | 915 | $ 200 |
| Multitech | $ 147,516 | 2.5% | 3,688 | $ 40 |
| Anker | $ 129,814 | 2.2% | 2,596 | $ 50 |
| Esenses | $ 123,913 | 2.1% | 6,719 | $ 18 |
| Others | $ 908,696 | 15.4% | 37,595 | $ 24 |

|  | TAMAÑO USD | % | UNITS | TICKET PROMEDIO US |
|---|---|---|---|---|
| **HEADPHONES** | $ 11,553,000 | 99.9% | 619,364 | $ 18.7 |
| Sony | $ 3,569,877 | 30.9% | 182,395 | $ 20 |
| Esenses | $ 762,498 | 6.6% | 102,923 | $ 7 |
| Bose | $ 762,498 | 6.6% | 5,083 | $ 150 |
| HP | $ 392,802 | 3.4% | 59,930 | $ 7 |
| Maxell | $ 577,650 | 5.0% | 54,719 | $ 11 |
| JBL | $ 554,544 | 4.8% | 35,828 | $ 15 |
| Panasonic | $ 288,825 | 2.5% | 31,919 | $ 9 |
| Xtreme | $ 300,378 | 2.6% | 29,313 | $ 10 |
| Apple | $ 2,067,987 | 17.9% | 17,588 | $ 118 |
| Samsung | $ 323,484 | 2.8% |  |  |
| Others | $ 1,940,904 | 16.8% | 99,666 | $ 19 |

# APR – MARKET SHARE UNITS FH 2018

HEADPHONES – 26.5%
SPEAKERS – 42%

| TOTAL UNITS SALES FIRST HALF 2018 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Customer | Country | HP Total units | HP JBL units | HP JBL Share | Total Size USD | Speaker Total | Speaker JBL | Speaker JBL Share | | Total Size USD |
| iShop CO | Colombia | 1,847 | 438 | 23.71% | $ 184,700 | 1,942 | 718 | 36.97% | $ | 291,300 |
| iShop CR | Costa rica | 796 | 252 | 31.66% | $ 79,600 | 835 | 428 | 51.26% | $ | 125,250 |
| iShop NI | Nicaragua | 62 | 6 | 9.68% | $ 6,200 | 62 | 24 | 38.71% | $ | 9,300 |
| iShop Panama | Panama | 34 | 0 | 0.00% | $ 3,400 | 43 | 36 | 83.72% | $ | 6,450 |
| iShop SL | Salvador | 91 | 30 | 32.97% | $ 9,100 | 130 | 88 | 67.69% | $ | 19,500 |
| iShop PE | Peru | 672 | 41 | 6.10% | $ 67,200 | 2,221 | 1,531 | 68.93% | $ | 333,150 |
| Sonido Seguro | Guatemala | 373 | 0 | 0.00% | $ 37,300 | 785 | 80 | 10.19% | $ | 117,750 |
| iStore | Guatemala | | | | $ - | | | | $ | - |
| Mac Center | Colombia | 2,525 | 161 | 6.38% | $ 252,450 | 1,246 | 335 | 26.89% | $ | 186,900 |
| Mac Store | Pnama | 599 | 162 | 27.05% | $ 59,900 | 658 | 337 | 51.22% | $ | 98,700 |
| Reif | Chile | 5,047 | 2,021 | 40.04% | $ 504,700 | 6,273 | 2,302 | 36.70% | $ | 940,950 |
| Mundo Mac Ecuador | Ecuador | | 85 | | $ - | | 36 | | $ | - |
| Total | | 12,046 | 3,196 | 26.5% | $ 1,204,550 | 14,195 | 5,915 | 42% | | 2,129,250 |
| ESTIMATED ANNUAL SIZE | | | | | $ 3,011,375 | | | | $ | 5,323,125 |

# TRAVEL CHANNEL – MARKET SHARE VALUE 2017

| Travel Channel | Country | Location | Total Audio Market | JBL Market Share |
|---|---|---|---|---|
| Navinten | Uruguay | Airport Carrasco + PDE | $ 1,800,000 | 42% |
| Boremix | Uruguay | Free Zone | $ 3,000,000 | 13% |
| Dufry | Colombia | Duty Paid + Duty Free Hudson | $ 660,000 | 40% |
| London Supply | Argentina | Free Zone | $ 850,000 | 43% |
| Interbaires | Argentina | Airport Ezeiza | $ 3,000,000 | 37% |
| Total | | | $ 9,310,000 | |

**Missing information:**
- Aldeasa (Dufry Group) Chile
- Aldeasa (Dufry Group) Peru
  - Dufry Colombia
  - Dufry Ecuador



# CURRENT FORECAST

# HARMAN 2H FORECAST 2018

## 2H Forecast 2018



| | Chile | Colombia | Peru | Ecuador | Uruguay | Bolivia | Travel Channel |
|---|---|---|---|---|---|---|---|
| Q3 | $1,714,686 | $1,602,999 | $825,904 | $297,175 | $488,417 | $432,744 | $1,045,000 |
| Q4 | $3,117,610 | $2,914,545 | $1,501,644 | $540,318 | $888,031 | $786,808 | $1,900,000 |
| Current Inventory | $1,035,368 | $75,274 | $216,027 | $114,384 | $71,336 | $40,000 | $350,000 |
| Total To Buy | $5,315,526 | $4,969,298 | $2,560,303 | $921,241 | $1,514,093 | $1,341,508 | $3,239,500 |

**COMMENTS:**
- Need to calculate In-Country Inventory from existing distribution Base
- Need to calculate in-Channel Inventory from Retail
- Current Intcomex Inventory will be reduced from estimated Purchases

# HARMAN FORECAST 2019



| | 11.5M | 9.3M | 4.6M | 1M | 500K | 800K | 500K | 4.5M |
|---|---|---|---|---|---|---|---|---|

| | Chile | Colombia | Peru | Uruguay | Bolivia | Ecuador | Others | Duty Free |
|---|---|---|---|---|---|---|---|---|
| Series1 | $2,415,000 | $1,953,000 | $966,000 | $210,000 | $105,000 | $168,000 | $105,000 | $1,125,000 |
| Series2 | $2,070,000 | $1,674,000 | $828,000 | $180,000 | $90,000 | $144,000 | $90,000 | $720,000 |
| Series3 | $2,415,000 | $1,953,000 | $966,000 | $210,000 | $105,000 | $168,000 | $105,000 | $855,000 |
| Series4 | $4,600,000 | $3,720,000 | $1,840,000 | $400,000 | $200,000 | $320,000 | $200,000 | $1,800,000 |

# HARMAN FORECAST 2019

| Country | Q1 | Q2 | Q3 | Q4 | 2019 | Estimated Tam | Estimated Imports | Market Share Projections |
|---|---|---|---|---|---|---|---|---|
| Chile | $ 2,415,000 | $ 2,070,000 | $ 2,415,000 | $ 4,600,000 | $ 11,500,000 | $ 48,067,500 | $ 64,090,000 | 23.9% |
| Colombia | $ 1,953,000 | $ 1,674,000 | $ 1,953,000 | $ 3,720,000 | $ 9,300,000 | $ 41,038,845 | $ 54,718,460 | 22.7% |
| Peru | $ 966,000 | $ 828,000 | $ 966,000 | $ 1,840,000 | $ 4,600,000 | $ 18,683,393 | $ 24,911,190 | 24.6% |
| Uruguay | $ 210,000 | $ 180,000 | $ 210,000 | $ 400,000 | $ 1,000,000 | $ 3,963,000 | $ 5,284,000 | 25.2% |
| Bolivia | $ 105,000 | $ 90,000 | $ 105,000 | $ 200,000 | $ 500,000 | $ 5,837,117 | $ 7,782,822 | 8.6% |
| Ecuador | $ 168,000 | $ 144,000 | $ 168,000 | $ 320,000 | $ 800,000 | $ 8,787,596 | $ 11,716,794 | 9.1% |
| Others | $ 105,000 | $ 90,000 | $ 105,000 | $ 200,000 | $ 500,000 | $ - | | |
| Duty Free | $ 1,125,000 | $ 720,000 | $ 855,000 | $ 1,800,000 | $ 4,500,000 | $ 15,000,000 | | 30.0% |
| Total | $ 7,047,000 | $ 5,796,000 | $ 6,777,000 | $ 13,080,000 | $ 32,700,000 | $ 141,377,450 | $ 168,503,266 | 23% |

# TARGET MARKET SHARE
## AUDIO 2019









CHILE
Estimated Revenue:
11.5M

COLOMBIA:
Estimated Revenue:
9.3M

PERU:
Estimated Revenue:
4.6M

URUGUAY
Estimated Revenue: 1M



# TARGET MARKET SHARE
## AUDIO 2019



ECUADOR



BOLIVIA







# MAIN GROWTH AREAS



Increase Sell-Out in Retail by enhancing the customer experience in store (Displays)



Increase market Share in OPP headphones and expand BT Product Mix and Sport



Create JBL Premier Partner Program



Set country and key customer Goals per Product Category based on Sell-in and Sell-Out and Market Share

# CHANNEL STRATEGY
## STRATEGIC PARTNER SELECTION AND STRATEGY

**TIER 1, APR, TRAVEL**

1. Strongest brand message and execution.
2. Full Mix of product and category
3. Active displays / Brand Block Exhibition
4. Special Exhibition in Flagship stores
5. Dedicated Harman in store Sales Force
6. Assigned Key Account Manager
7. E-commerce strategy
8. High MKT and POS investment
9. Highest Revenue Driver per store

**TIER 2, SPECIALIZED, TELCO**

1. Mainstream Brand presence
2. High store count coverage
3. Mainstream and Core Portfolio – Value Play
4. High unit volume sales driver
5. Market Share driver
6. Lower cost to serve
7. One dedicated Sales Team
8. Moderate MKT and POS Investment

**RESELLERS, TIER3, B2B**

1. Customer Breath
2. Only high run rate SKUs
3. Low inventory levels
4. Low MKT and no POS investment

TIER 1 – 534
APR – 122
TRAVEL - 42

TIER 2 – 615
SUPERMERCADO – 735
TELCO – 393
SPECIALIZED - 300

TIER 3 – 560
RESELLERS - 659

**FLAGSHIP STORE COUNT - 84**

# BRAND POSITIONING AND SHARE
## STRATEGIC PARTNER SELECTION AND STRATEGY



**TIER 1, APR, TRAVEL**

1. Strongest brand message and execution.
2. Full Mix of product and category
3. Active displays / Brand Block Exhibition
4. Special Exhibition in Flagship stores
5. Dedicated Harman in store Sales Force
6. Assigned Key Account Manager
7. E-commerce strategy
8. High MKT and POS investment
9. Highest Revenue Driver per store

**TIER 2, SPECIALIZED, TELCO**

1. Mainstream Brand presence
2. High store count coverage
3. Mainstream and Core Portfolio – Value Play
4. High unit volume sales driver
5. Market Share driver
6. Lower cost to serve
7. One dedicated Sales Team
8. Moderate MKT and POS Investment

**RESELLERS, TIER3, B2B**

1. Customer Breath
2. Only high run rate SKUs
3. Low inventory levels
4. Low MKT and no POS investment



REVENUE / UNITS

60%  40%

25%  30%

15%  30%

# PRODUCT STRATEGY
## HOW WE CAN ATTACK TO WIN

1. Brand Statement
2. Selected SKU Mix
3. Premium Display and POS Execution
4. Selected Tier 1 Retailers, APRs and Travel.
5. Only Flagship stores
6. Trained Sales Force
7. + ASP

1. Brand Identity
2. Multiple SKU Mix
3. Multiple Price bands
4. Strong Brand message in POS
5. Expanded JBL Ecosystem
6. Tier 1 Retail, APR, Travel, Selected Tier 2
7. All Stores

1. Volume Driver
2. Value Proposition
3. High Inventory
4. All Channels
5. All Stores
6. Price Aggressive to lead in MS
7. Low Mix Hi Depth



# RETAIL TIER 1 STRATEGY

## STRATEGY AND PLACEMENT

1. Complete Mix of Products in BT Speakers, Soundbars and Headphones.
2. Build on Best, Better, Good Portfolio
3. Assigned Key account manager
4. High MKT and POS investment
5. Dedicated Harman Promotors in Flagship stores.
6. Improve e-Commerce experience and create Attachment in Online sales.
7. Quarterly Sales In and Sales Out Goals
8. 2% Volume incentive Rebate
9. Optional Store in Store concept for Flagships

## MERCHANDISING:

1. Dedicated JBL Space
2. Create a consistent POS execution, defined by store format and ASPs.
3. Cross Merchandise with Mobile and TVs
4. Maintain the minimum level of inventory per hook or space
5. Create consistent planograms and a merchandising manual.
6. Create the needed POP material to educate on Product features and technology
7. Active displays for all Flagship stores and A stores.

## POS:

1. Intcomex Store checkers to increase coverage per country and retail maintaining a consistent execution
2. Create a Mystery shopper program to maintain best practices in POS
3. Target Sell Out per store
4. JBL Specialist Training Program for Sales Reps.
5. Monthly POS reporting
   1. Wall Share
   2. Sales per Store
   3. Inventory Level
   4. Pricing
6. Sales Promotors
   1. Add Sales target
   2. Add Revenue Target

## INVENTORY:

1. Maintain 4 to 6 weeks of inventory in Store.
2. Maintain 6 to 8 weeks of Local Inventory to channel.
3. Improve Stock out level @ Retail
4. Manage Inventory in channel – Create promotions to move throw stock.

## PROGRAM:

1. Assigned KAM
2. MKT Budget per Quarter (3% of Purchases)
3. Sales in and Sales out Goals
4. Dedicated Store Promotors
5. Active Displays
6. Highest Margin Structure
7. Must carry Full Portfolio
8. Optional Volume incentive rebate based on Sell-In achievement

# RETAIL TIER 1
## KEY CUSTOMERS

| CHILE | COLOMBIA | PERU | ECUADOR | URUGUAY |
|-------|----------|------|---------|---------|

**CHILE**





**BOLIVIA**

**COLOMBIA**





**PERU**











**ECUADOR**















# TIER 1 COMPETITION

## HEADPHONES

1. Leading Category in Revenue
2. Price Band below 19.99 Represent 50% of units
3. Strong POS Presence form Sony, Phillips and Bose.
4. Bluetooth Category growing double digits, almost 50% of Category in Top markets.

     

## SPEAKERS

1. Largest Price band Below U$S 59.99 – 30-40% Size
2. Too Many Price bands
3. Most Competitors with Active Displays.
4. Larger size speakers gaining share

     

## SPORT

1. Fast Growing Category
2. Powerbeats 2 is the leading headphone
3. Space in Wall, no active display allowed

     

# R E T A I L   T I E R   2
## KEY CUSTOMERS

| CHILE | COLOMBIA | PERU | ECUADOR | URUGUAY |
|-------|----------|------|---------|---------|

# RETAIL TIER 2 STRATEGY

## STRATEGY AND PLACEMENT

1. Selected Mix of Products in BT Speakers, Soundbars and Headphones.
2. Build on Better, Good Portfolio
3. Moderate MKT and POS investment
4. No Promotor (Fix) Strategy, only Store Checkers (Flex)
5. Improve e-Commerce experience and create Attachment in Online sales.
6. Key Products
   1. Speakers – GO, CLIP, FLIP
   2. Headphones T-Line, Junior
   3. Bars - Studio

## MERCHANDISING:

1. Merchandise in hot spots, and Impulse buy areas
2. Build a JBL brand block on Headphones.
3. Cross Merchandise with Mobile and TVs
4. Maintain the minimum level of inventory per hook or space
5. Create consistent planograms and a merchandising manual.
6. Active displays for only for top stores.

## POS:

1. Intcomex Store checkers to increase coverage per country and retail maintaining a consistent execution
2. Closely manage Competition and pricing.
3. Monthly POS reporting
   1. Wall Share
   2. Sales per Store
   3. Inventory Level
   4. Pricing

## INVENTORY:

1. Weekly Fulfillment, lower inventory levels
2. Maintain 4 to 6 weeks of inventory in Store.
3. Manage Inventory in channel – Create promotions to move throw stock.

# TELCO
## KEY CUSTOMERS



# SUPERMARKETS
## KEY CUSTOMERS



# RESELLERS STRATEGY

## PLACEMENT:

1. Increase customer Breadth – 10,000 resellers
2. Offer Hard and Soft Bundles
3. Create HARMAN Jump Start program with 90 day goals on Revenue, Customer Count and Attach to systems.
4. Provide just in time inventory for resellers.

## MERCHANDISING / WEBSALES / TRAINING:

1. Create Small Displays with a maximum of 6 SKUs and a total load in of U$S 500.-
2. Create a product catalog with a 1-2-3 guide on how to sell AUDIO
3. Execute a soft launch via Webstore.
4. Create a Training Session for Resellers once a Quarter

# TELCO

## PLACEMENT:

1. Limited store count due to their sales format – Consignment or third party operation
2. In and Out Opportunities
3. Attach with Mobile + financing of Product
4. Soft and Hard Bundles
5. Mid and low Price point SKUs
6. Hi Attach with Flagship phones
7. Resistance with some OEMs due to Samsung Relationship
8. Promote product aggressively and create price promotions when attached to phone

## MERCHANDISING:

1. Dedicated JBL Space
2. Create a consistent POS execution, defined by store format
3. Cross Merchandise with Mobile
4. Create consistent planograms and a merchandising manual.
5. Active displays for all Flagship stores and A stores.

# APPLE PREMIUM RESELLERS

## KEY CUSTOMERS

| CHILE | COLOMBIA | PERU | ECUADOR | URUGUAY | BOLIVIA |
|---|---|---|---|---|---|
| MacOnline | iShop | iShop | Mundomac | MundoMac Desde 1995 con Apple en uy. | iTienda Servicio Técnico Autorizado |
| 16 | 23 | 13 | 3 | 7 | 3 |
| ReifStore | Mac Center | | | | |
| 17 | 17 | | | | |

# APR STRATEGY

## STRATEGY AND PLACEMENT

1. Complete Mix of Products in BT Speakers and Headphones.
2. Build on Best, Better Portfolio
3. Assigned Key account manager
4. High MKT investment
5. Position the Premium Lines – Everest, Boombox, Xtreme and Onyx
6. Dedicated Harman Promotors in Flagship stores.
7. Quarterly Sales In and Sales Out Goals
8. 2% Volume incentive Rebate
9. Option of Exclusive SKUs

## MERCHANDISING:

1. Create Brand Block in Headphones
2. Product Demos to be displays in Grey Experience Tables
   1. Speakers – Flip, Charge, Boombox
   2. Headphones – E310, E710 & E65.
3. Create consistent planograms and a merchandising manual.
4. Create the needed POP material to educate the
5. Around the Neck Program for Sales Reps

## POS:

1. Intcomex Store checkers to maintain a consistent brand execution
2. JBL Specialist Training Program for Sales Reps.
3. Quarterly in-Store Training program for the APRs Sales Specialist.
4. Train to Trainers Program
5. Monthly POS reporting
   1. Wall Share
   2. Sales per Store
   3. Inventory Level
   4. Pricing

## INVENTORY:

1. Maintain 6 to 8 weeks of inventory in Store.
2. Manage Inventory in channel – Create promotions to move throw stock.

## MARKETING:

1. Unified Marketing Strategy for APR Channel
2. In-Store JBL Specialist – 12 Training and sales Promotors in Store
3. Exclusive APR Content Marketing

## PROGRAM:

1. Assigned KAM
2. MKT Budget per Quarter (3% of Purchases)
3. Sales in and Sales out Goals
4. Dedicated Store Promotors

# APR COMPETITION

**HEADPHONES**

1. Leading Category in Revenue
2. Apple Represents 65% of Revenue
3. Airpods #1 Selling SKU
4. Bose Second leading Brand
5. Assigned space to exhibit display product
6. Total market Size - U$S 4.5M (without Apple)

    

**SPEAKERS**

1. Average Selling Price of $200
2. 6 spaces for Active Speaker demo in tables
3. Competition targets price above $ 200.-
4. Need to expand with Boombox and Xtreme
5. Bose Leads and Marshall is #2 in Revenue.

  

**SPORT**

1. Fast Growing Category
2. Powerbeats 2 is the leading headphone
3. Space in Wall, no active display allowed

     



# APR PLANOGRAM DEVELOPMENT AUDIO TABLES








# PROPUESTA MESAS AUDIO

Mesas de audio donde se disponen los SKU's de productos de audio.
Escogidos por su alta rotación, impacto visual y similitudes cromáticas dentro de los mismos productos creando una exhibición más continua.

En este caso, vamos a dividir los resultados en 2 góndolas para que la lecutra de éstos sea menos cargada.



# APR CHANNEL EXECTUTION
















122

# APR SPECIALIST PROGRAM

Diseñado para promover el sentido de pertenencia del personal con mayor trayectoria en APRs y aprovechar de forma positiva la experiencia y buenas prácticas del personal. El contenido es creado abarcando los siguientes rubros:



- Información especializada sobre tecnología
- Tendencias del mercado
- Entrevistas directas con marcas
- Productos para prueba en campo
- Formación profunda en ventas y demostración
- Formación sobre exhibiciones





Por lo tanto, ellos adquieren el compromiso de:

- Entregar reseñas
- Participar activamente en las entrevistas con las marcas y otras actividades aprobadas por APRs
- Cuidar el producto asignado







# APR .COM STRATEGY

CÁTALOGO PRODUCTO







# CUSTOMER TRANSITION

## CUSTOMER INFORMATION:

1. Sales In and Sales Out information 2017 – 2018
2. Credit Information – Current Line and Limit
3. Current Pricing
4. Existing Programs (VIR, COOP, REBATES)
5. Current Incoterms and origin of purchase (FOB MIAMI, CHINA, etc)
6. Current Product Mix and Inventory level
7. Review all outstanding issues (Inventory, purchases, Defectives)

## TRANSITION AND COMMUNICATION:

1. Customer Classification Matrix (Reseller, Retail, Distri)
2. Established Sales Forecast
3. Formal communication of new distribution channel and policy from Harman.
4. Introductory meeting aligning new policies and sales expectations
5. Assign Intcomex KAM
6. Assign credit conditions and terms
7. Develop Forecast
8. Assign target sales in and sales out.
9. Assign MKT and POS Budget if needed.
10. Formally invite to in-country launch event, strategy and portfolio introduction.

# SUBDISTRIBUTORS PROPOSAL



## INTCOMEX CONDITIONS:

1. Receive 90-Day Rolling Forecast from Subdistributor.
2. Forecast Accuracy must be at least 80% of submitted amounts
3. Customer PO must be placed for the monthly forecast amount on the first week of each month.
4. Subdistributor Pricing will be 5 to7% margin from Landed cost depending on the product Category.
5. Any additional units needed without forecast pricing can vary to 5% Margin above current landed cost.
6. Credit terms are upon Finance approval. No terms above 60 days are allowed.
7. Inventory will be fulfilled from our Local warehouse or our Hub Warehouse.
8. Drop Shipments orders from Kentucky or China can be accepted
9. Customer must forecast from one of two locations. If product is needed from another location price may vary.
10. Approved customer list must be submitted. Subdistributors may not sell to Tier 1 retail unless agreed otherwise by Harman.
11. Subdistributors must report Monthly Sell out Report
12. Subdistributors will have a Yearly Target to maintain pricing policy and customers. This to be agreed by both parts.
13. Subdistributor must present a Quarterly Marketing plan to be approved by Intcomex and Harman,

## INTCOMEX COMMITMENT AND VALUE:

1. Intcomex will commit on having the forecasted inventory plus 20% excess in our Selected local Warehouse or our Hub.
2. Intcomex will carry 6 to 8 weeks of inventory for Subdisitributors
3. Intcomex will allow credit terms to all applicable customers
4. Intcomex will ship product ordered under forecast in 48 to 72hs upon receipt of PO.
5. Intcomex will send a consolidated 90-day rolling forecast
6. Intcomex will have this inventory reserved only for Subdistributor.
7. Intcomex will process all local warranties of product
8. Intcomex will invest in market to create demand for Harman Goods and subdistributor
9. Intcomex will allocate MDF funding to provide Subditributor for market development.
10. Intcomex will assign a Key account manager for Subdistributor.



INTCOMEX
TEAM

# RETAIL 2.0 – REGIONAL TEAM



# RETAIL 2.0 – TEAM

## Commercial Manager
- Set Portfolio
- Channel Strategy
- Regional Programs
- ST Strategy
- Performance Review
- NPI
- Marketing Plan per Customer
- Inventory Management + PM

## KAM
- Sales Process
- Sales Forecast
- Sell In
- Credit Notes
- ST Strategy

## Trade MKT
- Planograms
- Demos
- Wall share
- Benchmark
- Sell Out Reports
- POS Team
- ST Strategy and implementation

## Training
- Annual Plan
- Calendar
- Face to Face
- Web
- Educational videos
- Materials
  - Digital
  - Physical
- Specialist Program
- Training for promoters
- NPI Dynamics

## Marketing
- Digital / Webstore
- Budget by Q
- Activities
- Spiffs
- Branding
- Budget Trade/ Training POS activities
- Roadmap
- Events
- NPI

INTCOMEX RETAIL TEAM

# RETAIL 2.0 – HARMAN TEAM





# RETAIL 2.0 — IN-COUNTRY



**Eric Hachmann**
GENERAL MANAGER
PERU

**Marjorie Gutti**
RETAIL MANAGER
PERU

**Christian Lopez**
KEY ACCOUNT
MANAGER

**Giulianna Gamarra**
KEY ACCOUNT
MANAGER

**Jackeline Goñi**
KEY ACCOUNT
MANAGER



**Hans Cristi**
COMMERCIAL MANAGER
CHILE

**Jorge Martinez**
RETAIL MANAGER
CHILE

**Camila Dawson**
KEY ACCOUNT
MANAGER

**Mariela Ramos**
KEY ACCOUNT
MANAGER

**Yasna Gomez**
KEY ACCOUNT
MANAGER

**Francisco Rodriguez**
KEY ACCOUNT
MANAGER



**Pablo Junemann**
GENERAL MANAGER
BOLIVIA

**Hugo Miranda**
RETAIL MANAGER
BOLIVIA

**Federico Solano**
KEY ACCOUNT
MANAGER

**Matias Callau**
KEY ACCOUNT
MANAGER



**Paul Bergmann**
GENERAL MANAGER
ECUADOR

**Stanley Freire**
RETAIL MANAGER
ECUADOR

**Danny Garcia**
KEY ACCOUNT
MANAGER

**Maribel Guevara**
KEY ACCOUNT
MANAGER

**Patricia Granja**
MARKETING



**Camilo Borda**
COMMERCIAL MANAGER
COLOMBIA

**Francisco Mendez**
RETAIL MANAGER
COLOMBIA

**Diana Padilla**
KEY ACCOUNT
MANAGER

**Gloria Perez**
KEY ACCOUNT
MANAGER

**Nicolas Reyes**
PRODUCT MANAGER



**Pablo Junemann**
RETAIL MANAGER
IQUIQUE

KEY ACCOUNT
MANAGER

KEY ACCOUNT
MANAGER



# CUSTOMER PRODUCT MATRIX – SEE PRESENTATION



# PROMOTIONAL CALENDAR & SPECIAL DEALS

# PROMOTIONS & SPECIAL DEALS

## CYBER MONDAY

1. CHILE
2. COLOMBIA



1. T110 BT for U$S 29.99
2. Buy One T450BT and get the second 50% off.
3. T600BT + GO for U$S 99.99

## CHRISTMAS

1. ALL MARKETS



1. Price Drop December Week 50,51 – 25% Off Flip 4 (Target $79.99)
2. Buy One Go II and get the second 50% off.
3. With the purchase of a BOOMBOX get One Free CLIP 3

## BLACK FRIDAY





# Our Customer
We make products relevant to today's youth culture.

## GEN X – 50 -70 yrs

## Millennials
Millennials are now 75 million strong, surpassing the 74 million baby boomers in the U.S.

## Gen Z
Gen Z will be the single largest group of consumers worldwide in 5-7 years.

## Teens
Teens on average spend 4 or more hours a day listening to their headphones or earbuds.





# DISPLAYS PER COUNTRY

| | CHILE | COLOMBIA | PERU | BOLIVIA | URUGUAY | ECUADOR |
|---|---|---|---|---|---|---|
| **4 FOOT DISPLAY** $350 | 25 | 30 | | 6 | 10 | 4 |
| **2 FOOT DISPLAY** $250 | 40 | 60 | 40 | 10 | 15 | 12 |



# PROMOTORS

|  | CHILE | COLOMBIA | PERU | BOLIVIA | URUGUAY | ECUADOR |
|---|---|---|---|---|---|---|
| **STORE CHECKERS** | 12 | 12 | 12 | 2 | 3 | 4 |
| **SALES PROMOTORS** | 14 | 15 | 13 | 1 | 1 | 2 |



# OPERATION & LOGISTICS

- Forecast Process
- DIO
- HUBS
- SERVICE



# PURCHASES AND FORECAST

## FORECASTING AND ORDER

1. Define Lead times by Product Line – Current lead times 100 Days (Need to Reduce)
2. Define MOQs by Prodcuct Line – Are MOQs by SKU or Model?
3. Produce a 6 Month Rolling forecast
4. Define port of origin per Product Line
5. Confirm Certificate of Origin
6. Send order Confirmation in 24hs
7. All Pos to be placed during the first Week of each Month
8. Partial orders are accepted but Fill Rate needs to be over 80%.
9. Accept Orders and Forecast for China and Kentucky
10. Product Road Maps and Launches
    1. Define Pre orders in advance

## INVENTORY AND DIO

1. Define Ideal DIO by Market – Target 45-60 days.
2. Define in-Country Inventory and Optional Hub Inventory
3. Allow Drop Shipment orders for Subdistributors and defined customers
4. Serialize all SKUs

5. Inventory Locations
    1. Intcomex Chile
    2. Intcomex Ecuador
    3. Intcomex Iquique
    4. Intcomex Bolivia
    5. Intcomex Uruguay
    6. Intcomex Peru
    7. Intcomex Colombia

# OPTIONAL HUBS

| HUBS | TO SERVICE | LOCATION: |
|------|------------|-----------|
| IQUIQUE | | CHILE BOLIVIA DUTY FREE IQUIQUE PERU |
| URUGUAY FREE ZONE | | URUGUAY DUTY FREE BORDER DUTY FREE ARGENTINA |
| BOGOTA FREE ZONE | | COLOMBIA DUTY FREE |

# MIAMI OR PANAMA HUB

- We have proven that having the central point of forecasting closer to the countries allows us to consolidate the forecast/inventory and have the ability to react faster to any change in demand whether positive or negative.

- By reducing the lead times we are able to deliver a much better inventory coverage and reduce stock out levels and increase customer satisfaction.

- We are capable of managing a business with a variety of supply chain points and are open to designing one with Harman that fulfills your needs and allow all of us to deliver the best results possible

## VALUE PROPOSITION:

1. Duty Free Channel product consolidation
   1. Most of the Duty Frees consolidate product in Miami on a weekly basis and are able to lower shipment costs and avoid stock outs.
2. Centralized inventory will create better coverage and a wider SKU assortment.
   1. Improve efficiency and frequency of purchase for smaller markets (Ecuador, Uruguay and Bolivia)
3. Increase frequency of Shipments and reduce Leadtime
   1. 2 Air shipments per week from Miami or Panama to Country
   2. 1 Ocean Freight per week from Miami or Panama to Country

## KPIS:

- 30% YoY revenue increase
- Stock out below 7%, an improvement of 54%
- AB sku coverage above 92% an improvement of 20%
- AB sku count improved 50% to 3600 instances (unique sku's x amount of locations = an instance)
- Inventory investment remained flat increasing the efficiency and reducing the risk of inventory obsolescence, price protections, etc.
- Average lead time to countries got reduced from 40 days to less than 15

# OPEN DISCUSSION

1.  Brighstar Exclusive SKUS – Cost, Exclusivity in our Markets, where to buy, Lead Times.
2.  Programs – COOP, MDF, VIR (See Current Conditions)
3.  Displays and demo unit Program – Budget and availability
4.  Product Portfolio and Launches
5.  Grey Market and Current Distri in Miami (ATC, Diplomat, Brighstar) + Product being Shipped from Europe, Asia, USA.
6.  Distribution Agreement and Terms
7.  Marketing Funds and In-Country Investment
8.  Warranties and Service center
9.  Travel Agenda and Customer Visits
10. JBL.com + Ecommerce Strategy
11. In Market Social Media and Brand Website – Management and Where to Buy
12. Stock Rotation / Slow Moving Items – Exit Strategy
13. Current In-Channel inventory plan
14. GFK Audio Budget



# FINANCIAL FACILITY

Intcomex provided a 3M Stand by LC and is requesting Harman a 2.5 or 3 for 1 Credit Line.

Intcomex will increase the LC or Prepay if needed when Revenue Increases.

| Pais | Needed Credit Limit | Target Revenue 2019 | AVG Monthly | Net 60 Terms |
|------|--------------------|--------------------|-------------|--------------|
| Chile | $ 2,000,000 | $ 11,500,000 | $ 958,333 | $ 1,916,667 |
| Colombia | $ 1,500,000 | $ 9,300,000 | $ 775,000 | $ 1,550,000 |
| Peru | $ 800,000 | $ 4,600,000 | $ 383,333 | $ 766,667 |
| Ecuador | $ 250,000 | $ 800,000 | $ 66,667 | $ 133,333 |
| Uruguay | $ 250,000 | $ 1,000,000 | $ 83,333 | $ 166,667 |
| Bolivia | $ 200,000 | $ 500,000 | $ 41,667 | $ 83,333 |
| Travel Channel | $ 1,000,000 | $ 4,500,000 | $ 375,000 | $ 750,000 |
| Total | $ 6,000,000 | $ 32,200,000 | $ 2,683,333 | $ 5,366,667 |

| Credit | Rurate Business | Seasonality Q4 2019 |
|--------|----------------|--------------------|
| Credit Limit | $ 7,000,000 | $ 8,500,000 |
| Net | 60 | 90 |
| Intcomex SLC | $ 3,000,000 | $ 3,000,000 |
| Harman Requested Line | $ 7,000,000 | $ 8,500,000 |

# MARKETING SERVICES

On- ground Marketing



Promotional Marketing



Digital & Social Marketing



# What we Do



Media  Advertising & Communications



Trade Marketing & Training

PR & Events

## On- Ground Marketing

### BTL



Brand Activations
Street Marketing
Gamification
Pop-Stores

## Promotional Marketing

### Promotions



Cross Promotions
Point of Sale
POP material
Incentives

## Digital & Social Marketing

### Digital Services



Social Mkt
AdWords
Email Mkt
Blogging
Content Mkt
Website
(banner, landing, microsite)
Optimization (SEO- SEM)
Media Buying
Influencers

## Media / Ads Communications

### ATL



Graphic Design
ATL Media (Print – OOH)
Press – Audiovisual
Radio
Streaming
Press Release
Catalogues

# Trade Marketing & Training Services



**Training**
- In - Store training
- Train the trainers
- Webinars
- App TSF

**Promoters**
- Exclusive
- Category
- Store checkers

**Merchandising**
- Planogram builder
- Display Program
- Exhibitions
- Demo units
- Seeding trial

Succeeding in retail is combination of planning and execution and we like to take care of the whole process. We can help you out with the perfect planogram and the ideal shopper experience. Let us deliver the best POS-material and we can give you the plan for a successful retail execution.

# Our results 2017



**750** People trained in sales floors.

**280** People trained Online/ Training app.

● We begin with the creation of an exclusive educational model adapted to retail.

● As a requirement, our staff has solid foundations combined with field experience.

● Our structure is adapted to the public objective according to age and education level.

● We have DNC methods designed and approved for every type of retail.

● We create personalized multimedia materials using all existing technology aligned.

● Innovation is the core of our business, as a result in order to complement our training programs, we have developed our own application for mobile training.

# PR & Events



**CORPORATE**
- Intcomexpo
- Retail Workshop
- APR Summit

**LOCAL**
- Launch events
- Openings
  - APR: CB 6, PE 5, CL 1
- Social events sponsoring

**REGIONAL**
- Commercial
- Seasonal
- JBL Launch Tour



**CES**
**Copa América 2019**
**JBL Launch Tour (TBD)**

- Corporate

**PE**

- Selvámonos Festival
  Veltrac Music Festival
  Soundhearts Festival
  Vivo por X el Rock Festival
  Expo Peru Technology & Innovation

**CB**

- Estéreo Picnic
  Freedom Festival
  Baum Festival
  Colombia Moda
  Feria de la Flores
  Festival Rock al Parque
  ArtBo
  Soundhearts Festival
  Feria de la Caña

**CL**

- Lollapalooza
  Viña del Mar
  Festival Verano Iquique
  Semana Valdiviana
  Santiago Gets louder

# DIGITAL ADS / INFLUENCERS



Spotify Sales Rate CPM/CPV

(bar chart)
- Video Takeover Everywhere
- Video Takeover (Mobile)
- Video Takeover (Desktop)
- Video Sponsored Session
- Overlay Desktop
- Overlay Mobile
- Audio Everywhere

Legend: Peru (USD), Chile (USD), Colombia (USD)



**MIGUEL HOLGUIN** ⚜ 🇨🇴 Bogotá
@miguelhmusic

Engagements **801**    Followers **16,203**

| REGION | FOLLOWERS | COST/POST |
|---|---|---|
| Colombia | 3.3K a 28.8K | $120 - $250 |
| Peru | 2.5K a 15K | $60 - $200 |
| Chile | 1K a 10K | $100 - $500 |
| Uruguay | 1.4K a 16K | $60 - $200 |



**M O S K A**
@moskahouse

Engagements **930**    Followers **36,536**

In 2018 Spotify  confirmed 157M of active users, 86M use the free version (28M Latam) According to Spotify, 72% of users are millennials, in addition, the average millennial that uses Spotify spends 143 minutes per day streaming music on the platform.

# Marketing Investment

COOP – MDF 6%

On-ground mkt
Promotions
Media / Ads
Digital
Merchandising
Promoters
Training
Events



*Total Investment = $2.4M



On Ground Marketing



Promotions









Media & Ads
Catalogues
Press Release
Streaming
Radio
Press – Audiovisual
ATL Media (Print – OOH)
Graphic Design
$0
$20,000
$40,000
$60,000
$80,000
$100,000
$120,000
Travel 10%
APR 30%
Retail 60%

Merchandising
Seeding trial
Demo units
Exhibitions/Displays
$0
$5,000
$10,000
$15,000
$20,000
$25,000
$30,000
$35,000
Travel 10%
APR 30%
Retail 60%

Digital
Influencers
Media Buying
Optimization (SEO, SEM)
Website (banner,landing, micrositio)
Content Mkt
Blog
Email Mkt
Adwords
Social Mkt
$0
$10,000
$20,000
$30,000
$40,000
$50,000
$60,000
Travel 10%
APR 30%
Retail 60%

Events
Sponsored Local Events
APR Summit
Retail Workshop
Intcomexpo
$0
$50,000
$100,000
$150,000
$200,000
$250,000
$300,000
$350,000
Activity Cost

# Trade Marketing & Training





THANKS