# EXHIBIT H

# The Network | Partnerships

### EXPERTISE
**Experience** and established credibility in Latin America and Caribbean.

### LOCAL PRESENCE
**Local infrastructure**, management and on-the-ground team to provide the day to day support to customers.

### SYSTEMS DRIVEN
Capability to provide **Business Intelligence** and visibility to manage the complete value chain from beginning to end.

### OPERATIONAL EFFICIENCY
Driven by the **focus on processes**, metrics and KPI's.

### FINANCIAL MUSCLE
Ability **to** purchase large quantities of products from OEMs and to distribute into a **fragmented** customer base.

### COMMERCIAL & MARKETING CAPABILITIES
**Connect brands** with the consumers through different distribution channels, delivering the brand's image and experience.



**Main regional distribution center in Doral, FL** providing to Latin America countries.